1  Summer Shaw, Esq. (SBN 283598)
   Alina Mamlyuk, Esq. (SBN 284154)
2  SHAW & HANOVER, PC
   44-901 Village Court, Suite B
3  Palm Desert, CA  92260
   Telephone No:(760) 610-0000
4  Facsimile No: (760) 687-2800
   Email: ss@shaw.law
5  *Attorneys for Creditor, Davitt, Inc.,*
   *dba Electrical Solutions*

6

7

8

9

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.:  1:24-bk-11751-VK |
| OMAR ALOUSTA, | Chapter:   7 |
| | Adv. No.:  TBD |
| Debtor. | |
| | **COMPLAINT TO DENY THE DISCHARGEABILITY OF PLAINTIFF'S DEBT PURSUANT TO 11 U.S.C. §523; OR IN THE ALTERNATIVE, TO DENY DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §727** |
| DAVITT, INC. DBA ELECTRICAL SOLUTIONS | |
| Plaintiff, | |
| vs. | **Status Conference Set:** |
| | Date:        TBD |
| OMAR ALOUSTA | Time:        TBD |
| | Location:   Courtroom 301 |
| Defendant. | 21041 Burbank Boulevard, Ste 354 |
| | Woodland Hills, CA 91367 |

Plaintiff, Davitt, Inc., as a California Corporation doing business as Electrical Solutions

("Plaintiff"), respectfully alleges as follows:

### I.   <u>JURISDICTION AND VENUE</u>

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and

1334(b).

2.      This adversary proceeding arises in and relates to Debtor's above captioned

bankruptcy case which was filed in the U. S. Bankruptcy Court for the Central District of California,



1    San Fernando Valley Division (the "Court") under Chapter 7 of the Bankruptcy Code ("Code").

2        3.    This adversary proceeding is commenced pursuant to 11 U.S.C. §§523 & 727, and

3    4004, 4007, 7001(4), and 7001(6) of the Federal Rules of Bankruptcy Procedure ("FRBP").

4        4.    Venue in this district is proper pursuant to 28 U.S.C. § 1409 as this adversary

5    proceeding arises under and in connection with a case under the Bankruptcy Code which is pending

6    in this district.

7        5.    This complaint ("Complaint") initiates an adversary matter that is a "core" proceeding

8    as defined by 28 U.S.C. § 157(b)(2)(A), (I), and/or (J).

9                    **II.    THE PARTIES**

10   **A.    Plaintiff.**

11       6.    Plaintiff Davitt, Inc. ("Davitt" / "Plaintiff") is, and at all times herein mentioned, was

12   a California corporation with its principal place of business located in Riverside County, California,

13   and doing business as Electrical Solutions.

14       7.    Plaintiff is a creditor in Debtor's bankruptcy, with Plaintiff being the prevailing party

15   in *Davitt v. Desert Spirit, LLC*, commenced in the State of California, Riverside County Superior

16   Court ("State Court") and known by case number CVPS2204989 ("State Action"), and Plaintiff

17   having been awarded a stipulated judgment of $172,550.00 plus post-judgment interest at a rate of

18   ten percent (10%) on March 13, 2023 ("Judgment").

19   **B.    Defendant.**

20       8.    Plaintiff is informed and believes, and on that basis alleges, that Defendant, Omar

21   Alousta ("Debtor" / "Defendant") is an individual residing in the City of Arcadia, Los Angeles

22   County, State of California, and is a manager and/or member, a controlling person, and equitable

23   owner of, among other things, Desert Spirit, LLC, a California corporation ("Desert Spirit").

24       9.    Defendant filed a Chapter 7 petition (the "Petition" – Docket #1 in the Main Case) in

25   the United States Bankruptcy Court for the Central District of California, San Fernando Valley

26   Division on October 18, 2024 (the "Petition Date"), commencing Bankruptcy Case No. 1:24-bk-

27   11751-VK (the "Main Case").

28       10.   Defendant is bound by the Judgment as one of the defendants in the State Action and



a party to the stipulated Judgment.  A true and correct copy of the Stipulation and Judgment is attached to this Complaint as **Exhibit 1**.

### III.    <u>STATEMENT OF STANDING</u>

11.    Plaintiff has standing to bring this action because Plaintiff is a creditor of the Defendant/Debtor and pursuant to FRBP 7001(4).

### IV.    <u>GENERAL ALLEGATIONS</u>

**A.    BASIS FOR THE JUDGMENT**

12.    Plaintiff is an electrical contractor licensed by the State of California to provide electrical contractor work.

13.    Defendant is, and at all times herein mentioned was, co-owner and managed Desert Spirit and, as such, had authority to negotiate and enter into contracts on behalf of Desert Spirit.

14.    On or about March 2021, Plaintiff and Desert Spirit entered into a written and oral agreement whereby Plaintiff was to provide electrical contractor and related construction work, labor, equipment, services, and supplied materials at Desert Spirit's leased property located at 15860 Little Morongo Road C-8, Desert Hot Springs, CA 92240 ("Desert Spirit Property").

15.    On December 22, 2022, Plaintiff filed the State Action against Desert Spirit, the Defendant, and other parties, alleging breach of contract against Desert Spirit.

16.    In the State Action, Plaintiff likewise alleged a breach of oral contract against the Defendant, as well as demand of payment according to theory of *quantum meruit* for completed work at the Desert Spirit Property.

17.    On March 13, 2023, after the parties to State Action filed a Stipulation for Entry of Judgment ("Stipulation"), the State Court ordered that the Judgment of $172,550.00 plus post-judgment interest at a rate of ten percent (10%) be entered. A copy of the Stipulation is attached hereto as Exhibit 1.

18.    There is no pending appeal of the entered Judgment.

19.    The Defendant owned and operated Star Parking Management, Inc. ("Star Parking") prior to the Petition Date.

20.    Plaintiff was in the process of having the State Court add Star Parking to the



Judgment in the State Action as a judgment debtor/defendant.

21. After the Stipulation was entered into and the Judgment was entered, Defendant did not *ever* make a single payment agreed to under the Stipulation and Judgment.

**B.    THE DEFENDANT'S PETITION AND RELATED SCHEDULES AND STATEMENTS BEFORE THE 341A**

1. The Defendant signed the Petition and accompanying Schedules (defined below) and statements and declared under penalty of perjury that the answers in the Petition, schedules and statements, including but not limited to the Original SOFA (defined below) were true and correct.

2. In the Petition, Defendant states that he lived at 5528 Willowcrest Avenue, North Hollywood, California 91601 ("Hollywood Property"). A true and correct copy of the Petition and various accompanying "Schedules"[1] and statements (including the Original SOFA) is attached hereto as **Exhibit 2**.

3. In Debtor's Petition, in "Schedule A/B," Defendant identified in number 17, under "Deposits of money," that he owned only one bank account, which he identified to be an account at "JP Morga Chase Bank (Account # ending on 5975) Parking System, Inc." with a value of "$60.00." A true and correct copy of Schedule A/B is attached hereto in Exhibit 2 at pages 13 through 18.

4. In the Schedule A/B, Defendant as listed that he owned an interest in only two businesses, "Star Parking Management Inc." of which he owned 100% and "Parking Systems Inc." which he alleged to be "100% owned by non-debtor spouse and it has no value as it holds no assets, There are no accounts receivables, bank accounts, assets or pending debts owed to the company" and claimed he owned "0%" of the company and valued it at "$0.00."

5. In "Schedule D," Defendant identified a secured debt he owed which was secured against the Hollywood Property, in the amount of $200,000.00, owing to "Jason Babadijov." A true and correct copy of Schedule D is attached hereto in Exhibit 2 at page 21 through 23.

---

[1] "Schedules" is a reference to Schedule A through J in Docket #1.



6.      In Schedule D, Defendant also identified a secured debt he owed and secured against the Hollywood Property, in the amount of $1,305,500.00, owing to "Mary Ellen Jessee" which he incurred in 2018.

7.      In "Schedule E/F," Defendant identified a debt he owed, in the amount of $124,270.54 as a nonpriority unsecured claim that the "Franchise Tax Board" holds against him and specified the basis for it as "Tax Levy." A true and correct copy of Schedule E/F is attached hereto as Exhibit 2 at pages 24 through 34.

8.      In Schedule E/F, Defendant also identified a debt he owed, in the amount of $193,625.18 as a nonpriority unsecured claim that Plaintiff holds against him and specified the basis for it as "Judgment."

9.      In Schedule E/F, Defendant also identified a debt he owed, in the amount of $329,653.00 as a nonpriority unsecured claim that "Fundamental Capital LLC" holds against him and specified the basis for it as "Business loan for Star Parking."

10.      In Schedule E/F, Defendant also identified a debt he owed, in the amount of $314,079.00 as a nonpriority unsecured claim that "MCA Resolve LLC" holds against him and specified the basis for it as "Business Debt."

11.      In Schedule E/F, Defendant also identified a debt he owed, in the amount of $83,521.24 as a nonpriority unsecured claim that "Merchant Capital Group LLC" holds against him and specified the basis for it as "Business Debt Judgment."

12.      In Schedule E/F, Defendant also identified other debts he owed, all of which totaled $1,076,562.07.

13.      In "Schedule I," Defendant identified his employer as "IHSS Program- State Caregiver" and his occupation as "Caregiver for parents." A true and correct copy of Schedule I is attached hereto as Exhibit 2 at pages 38 through 39.

14.      In Schedule I, Defendant identified his spouse's occupation as "Self-employed (Parking Systems)."

15.      In Schedule I, Defendant claims to receive monthly gross income of "$2,600.00."

16.      In Schedule I, Defendant claims his spouse receives net monthly business income of



"$8,345.00."

17.    In "Schedule J," Defendant identified that he pays "rental or home ownership expenses…" of "$3,500.00" and one "Car payment" of "$1,300.00" and another one of "$1,079.00." A true and correct copy of Schedule J is attached hereto as Exhibit 2 at pages 40 through 42.

18.    Along with the Petition, Defendant filed a Statement of Financial Affairs ("Original SOFA").  A true and correct copy of the Original SOFA is attached hereto in Exhibit 2 at pages 45 through 51.

19.    In the Original SOFA, in response to Question 2, asking about where the Defendant lived in "the last 3 years," the Defendant admitted "1730 South 2nd Avenue Arcadia, CA 91006" ("Arcadia Property") and admitted that he lived there from "6/21/2021 – **_Present_** (emphasis added)."

20.    In the Original SOFA, in response to Question 4, which asks "Did you have any income from employment or from operating a business during this year or the two previous calendar years?" the Defendant answered that he received "Gross income" of $30,000 from "Operating a business" in 2024.

21.    In the Original SOFA, in response to Question 4, the Defendant also answered that he received "Gross income" of $512,000 from "Operating a business" in 2023.

22.    In the Original SOFA, in response to Question 4, the Defendant also answered that he received "Gross income" of $50,248.00 from "Operating a business" in 2022.

23.    In the Original SOFA, in response to Question 9, the Defendant answered that the State Action was "Pending."

24.    In the Original SOFA, in response to Question 18, the Defendant answered that he sold a real property located at 3501 Fallen Leaf Place, Glendale, CA 91206 ("Glendale Property") on "6/3/21" and received "$350,000.00."

25.    In the Original SOFA, in response to Question 20 asking about financial accounts or instruments held in debtor's name or for debtor's benefit that were closed, sold, moved, or



transferred within 1 year before the Petition Date, the Defendant answered "No," indicating that no such accounts were closed, sold, moved, or transferred.

26.     In the Original SOFA, in response to Question 27 asking about ownership and connections to any business within 4 years of filing for bankruptcy, the Defendant listed Star Parking and Parking System Inc. as the only two businesses he owned or to which he had connections.

27.     In Debtor's Official Form 122A-1 ("Means Test"), Defendant stated that he received "average monthly income…derived during the 6 full months before (he) filed this bankruptcy case" of:

a.     "gross wages, salary, tips bonuses, overtime, and commissions" of $2,600.00; and

b.     "gross receipts" of $15,500.00 with "operating expenses" of $13,920.00 leaving a net monthly business income of $1,580.00; and

c.     Defendant's "non-filing spouse" received $36,435.50 of gross receipts with operating expenses of $33,890.00 leaving a net monthly business income of $2,545.50.

A true and correct copy of the Means Test is attached hereto as Exhibit 2 at pages 61 through 63.

**C.  THE DEBTOR'S SWORN TESTIMONY AT HIS 341A**

28.     At the November 25, 2024, 341(a) meeting of the creditors ("341A"), the Defendant gave sworn testimony about his finances in response to questions from the Chapter 7 Trustee, Amy Goldman ("Trustee") and from Plaintiff's counsel.

29.     At the 341A, the Defendant stated under oath that he had read his Petition and Schedules and listed all of his assets and debts and that his paperwork as filed with the Court was true and correct.

30.     In response to the Trustee's question: "Now, do you have any other businesses (other than those listed in Schedule A/B)" the Defendant testified "No."

31.     At the 341A, the Defendant admitted, after being questioned by the Trustee and after providing the answer in paragraph 30 above, that he was part owner of Desert Spirit.

32.    In fact, Defendant owned and operated Desert Spirit both before the Petition Date and after the Petition Date.

33.    Defendant testified that Desert Spirit was closed down as of July 2024.

34.    The Defendant owned real property at 5513 Cahuenga Blvd, North Hollywood, CA 91601 ("Cahuenga Property") prior to the bankruptcy being filed.

35.    The Defendant admitted, after being questioned at the 341A and not disclosing this the Cahuenga Property anywhere in his Original SOFA, that he had owned real Cahuenga Property and testified that it was alleged foreclosed upon in "May of (2024)."

36.    The Defendant testified that he used one of the loans listed on Schedule E/F, totaling approximately $80,000, to "update one of the garages" for "Star Parking."

37.    The Defendant testified that he used one of the loans listed on Schedule E/F, totaling approximately $329,000, for Star Parking business purposes as well.

38.    At the 341A, the Defendant testified that he only had one bank account, which was the one account listed in Schedule A/B at Chase ending in 5975 in the name of Parking System ("Parking System Bank Account").

39.    In the Defendant's Petition and Schedules Defendant listed both Parking System as a business his spouse owned and operated and Parking Systems as a business his spouse owned and operated.

40.    At the 341A, the Defendant testified that his spouse only owns and operates Parking System and any reference to Parking System*s* should be a reference to Parking System.

41.    At the 341A, the Defendant testified that he used to use his spouse's Parking System Bank Account for personal expenses but had not used it for personal expenses for "two months."

42.    Plaintiff believes and thereon alleges that Parking System is just an alter ego of Defendant and his non-filing spouse because they do not abide by any corporate formalities as to Parking System and they use its assets and bank accounts as their own.

43.    The Defendant did not disclose in his Original SOFA that he had a Charles Schwab account or that it had been closed in August 2024.



44.     At the 341A, the Defendant admitted, after being questioned by Plaintiff's counsel, that he had a Schwab account for ten years that was closed in August 2024.

45.     At the 341A, the Defendant admitted that he withdrew $120,000 from the Charles Schwab account prior to the Petition Date.

46.     At the 341A, the Trustee instructed the Defendant to provide to her, among other things:

    a.   The background regarding the deeds of trust on the Hollywood Property, including a declaration from the Defendant as to what deeds were recorded and when, and why the alleged lenders were given the deeds of trust on the Hollywood Property, and what was done with the funds that were borrowed;

    b.   The basis of what the Defendant did with the very large amounts of money that the Defendant received/owes (included but not limited to, the $80,000 loan, the $329,000, and Davitt debt) that are listed in the Petition and Schedules;

    c.   All the books and records and financials for the last two years, for the businesses owned by the Defendant and his non-filing spouse;

    d.   The last two years' of statements from Charles Schwab account that was alleged to be closed in 2024, indicating that these were not previously provided to the Trustee; and

    e.   The 2023 personal tax return of the Defendant.

The documents and information requested by the Trustee in paragraph 46 above are collectively referred to as "Requested Books and Records."

**D.  DEFENDANT'S AMENDED SCHEDULES AND STATEMENTS AFTER THE DEFENDANT'S FALSE TESIMONY AT THE 341A**

47.     On January 20, 2025, approximately two months after the 341A, the Defendant filed and amended Schedules E/F and G, as Docket #15 in the Main Case ("Amended Schedules"). A true and correct copy of the Amended Schedules is attached hereto as **Exhibit 3**.

48.    The only material change Defendant appears to have made to Schedule E/F in the Amended Sch E/F was that Defendant listed "JPL Ventures LLC" with a debt against him of $230,000 and stated that it was an "Unpaid Secured loan" and list another approximate $100,000 of other non-priority debts which now totaled $1,397,125.19.

49.    The only material change Defendant made to Schedule G in the Amended Sch G was that Defendant listed a lease with John Huang for the Arcadia Property and stated, under oath, that "Debtor has never lived at this property but intends to keep the lease open for his parents to continue to pay rent and reside there."

50.    On January 20, 2025, approximately two months after the 341A, the Defendant filed an Amended Statement of Financial Affairs ("Amended SOFA") as Docket #16 in the Main Casa. A true and correct copy of the Amended SOFA is attached hereto as **Exhibit 4**.

51.    The only material changes Defendant to the Original SOFA in the Amended SOFA was:

    a.    He deleted the reference to having lived at the Arcadia Property *ever*;

    b.    He added a statement that he lived at the Glendale Property from 6/2014 – 6/3/2021;

    c.    He now disclosed that he was sued with Desert Spirit LLC by Yifa Two LLC;

    d.    That his real property located at 5513 and 5515 Cahuenga Blvd., North Hollywood, CA 91601 had been foreclosed on in 5/2024 by "Allied Lending Group;"

    e.    That he had a Chares Schwab brokerage account (although the account number was not indicated and all that was indicated was a "?") which was closed in August 2024 and had a "last balance before closing or transfer" of $120,000.00; and

    f.    That he did actually hold an interest in/have a connection with:

        i.    Desert Spirit, LLC which Defendant alleged closed in May 2024;

        ii.    Parking System Inc. which is still operating; and

        iii.    Star Parking which is still operating.

///

///

///

## V.   FIRST CLAIM FOR RELIEF

### [Against Defendant Pursuant to 11 U.S.C. § 727(a)(2)(A)]

52.    Plaintiff realleges and incorporates all prior paragraphs in this Complaint, as though fully set forth in their entirety herein.

53.    Pursuant to 11 U.S.C. § 727(a)(2)(A), the Court shall not grant a debtor a discharge if the debtor, with intent to hinder, delay or defraud a creditor or an office of the estate charged with custody of property under the Bankruptcy Code, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the debtor, within one year before the date of the filing of the petition.

54.    Within one year before the Petition Date, Defendant transferred, removed and/or withdrew funds from his Charles Schwab brokerage account and dissipated $120,000 or more of those funds in an attempt to hinder, delay and/or defraud the Plaintiff so that the Plaintiff would not be able to collect on the Judgment.

55.    The Defendant, with intent to hinder, delay and defraud creditors, including Plaintiff, transferred funds that he earned, owned or borrowed (as listed in Schedule E/F), or his spouse earned and owned, into the Parking System Bank Account, within the one year prior to the Petition Date and further back, to conceal these assets from Defendant's creditors.

56.    The Defendant, with intent to hinder, delay and defraud creditors, including Plaintiff, transferred funds that he earned or owned, or his spouse earned and owned, and used funds for his and his spouse's personal expenses from Desert Spirit, LLC accounts, within the one year prior to the Petition Date and further back, so that creditors could not be paid from same and those funds were hidden in Desert Spirit's name from Defendant's creditors.

57.    Within one year prior to the Petition Date, Defendant did not make any payments in accordance with the Stipulation and Judgment and instead Defendant transferred and concealed $120,000 from the Charles Schwab account and other assets.

58.    Within the one year prior to the Petition Date, Plaintiff believes and thereon alleges that Defendant formed Parking System placing it in his non-filing spouse's name to hinder, delay and defraud creditors.



59.    Within the one year prior to the Petition Date, Plaintiff believes and thereon alleges that Defendant transferred all of the assets, clients, business that were owned by him through Star Parking and some other business form owned and operated by Defendant, into Parking System, to hide it from collection efforts by Defendant's creditors, including Plaintiff.

60.    In approximately 2021, when Defendant was insolvent, he allowed to be recorded a deed of trust to Mary Ellen Jessee for an alleged loan she gave Defendant in 2018, with intent to hinder, delay and defraud his other creditors by making it look like the Hollywood Property had no equity in the same.

61.    Plaintiffs believe and thereon allege that Mary Ellen Jessee did not loan the Defendant any funds and/or give value for the lien that Defendant gave her on the Hollywood Property.

62.    In approximately 2021, when Defendant was insolvent, he allowed to be recorded a deed of trust to Jason Babadjov for an alleged loan he gave Defendant in 2021, with intent to hinder, delay and defraud his other creditors by making it look like the Hollywood Property had no equity in the same.

63.    Plaintiffs believe and thereon allege that Jason Babadjov did not loan the Defendant any funds and/or give value for the lien that Defendant gave her on the Hollywood Property.

64.    Plaintiffs believe and thereon allege that Defendant transferred assets to his brother Arfan Alousta ("Debtor's Brother") to hide the assets from Defendant's creditors within the four years prior to the Petition Date.

65.    To the extent Defendant's concealment and/or transfers occurred more than one year before the Petition Date, the transfers and/or concealment violate 11 U.S.C. § 727(a)(2)(A) under the doctrine of concealing concealment as set forth in *Hughes v. Lawson (In re Lawson)*, 122 F.3d 1237, 1240 - 1241 (9th Cir. 1997).

66.    Based on the above allegations, Defendant's discharge should be denied pursuant to 11 U.S.C. § 727(a)(2)(A).

///

///

///



## VI.    SECOND CLAIM FOR RELIEF

### [Against Defendant Pursuant to 11 U.S.C. § 727(a)(2)(B)]

67.    Plaintiff realleges and incorporates all prior paragraphs in this Complaint, as though fully set forth in their entirety herein.

68.    Pursuant to 11 U.S.C. § 727(a)(2)(B), the Court shall not grant a debtor a discharge if the debtor, with intent to hinder, delay or defraud a creditor or an office of the estate charged with custody of property under the Bankruptcy Code, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the estate, after the date of the filing of the petition.

69.    After the Petition Date, Plaintiff is informed and thereon alleges that Defendant was operating Desert Spirit LLC and hid its existence and assets from creditors and the Trustee and used its assets for his personal use after the Petition Date.

70.    Plaintiff is informed and thereon alleges that Defendant does not live in the Hollywood Property and has not lived there ever or for the last 4 years.

71.    Plaintiff is informed and thereon alleges that Defendant actually lives in the Arcadia Property and rents out the Hollywood Property.

72.    Plaintiff is informed and thereon alleges that Defendant has been receiving rental income from a tenant at the Hollywood Property which he has not disclosed in his Schedule I, and after the Petition Date has been using it for his own personal use.

73.    Based on the above allegations, Defendant's discharge should be denied pursuant to 11 U.S.C. § 727(a)(2)(B).

## VII.    THIRD CLAIM FOR RELIEF

### [Against Defendant Pursuant to 11 U.S.C. § 727(a)(3)]

74.    Plaintiff realleges and incorporates all prior paragraphs in this Complaint, as though fully set forth in their entirety herein.

75.    Pursuant to 11 U.S.C. § 727(a)(3), the Court shall not grant a debtor a discharge if the debtor, the debtor has concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the debtor's



financial condition or business transactions might be ascertained, unless such act or failure to act was justified under all of the circumstances of the case

76.    The Requested Books and Records the Trustee requested the Defendant produce to her, at the 341A, were some of the documents from which the Defendant's financial condition and business transactions might be ascertained.

77.    The Defendant has failed to provide all of the Requested Books and Records requested by the Trustee at the 341A, even after having been given more than two months to provide the requested documents, and failure to do so is not justified.

78.    Based on the above allegations, Defendant's discharge should be denied pursuant to 11 U.S.C. § 727(a)(3).

## VIII.  **FOURTH CLAIM FOR RELIEF**

### [Against Defendant Pursuant to 11 U.S.C. § 727(a)(4)(A)]

79.    Plaintiff realleges and incorporates all prior paragraphs in this Complaint, as though fully set forth in their entirety herein.

80.    11 U.S.C. § 727(a)(4) requires denial of a discharge if a debtor "knowingly and fraudulently, in or in connection with the case…made a false oath or account."

81.    On the Petition Date, Defendant filed the Petition, and then filed the Schedules, which included his Original SOFA, and related case commencement documents.

82.    The Defendant signed the Petition, Schedules, the Original SOFA and related documents under penalty of perjury, acknowledging that the information he provided in the documents was true and correct.

83.    At Defendant's 341A, Defendant gave sworn testimony about information in the Petition, Schedules and the Original SOFA.

84.    Defendant made a false oath in his Petition and at the 341A and in his Amended SOFA and Amended Schedules when he stated under oath that he lived at the Hollywood Property since 2021, on the Petition Date and after the Petition Date, and never lived at the Arcadia Property.

85.    Plaintiff is informed and thereon alleges that Defendant lived at the Arcadia Property at all relevant times as discussed in paragraph 84 above.



86.    In the Defendants Schedule A/B, Defendant made false oaths by omitting to disclose no less than eight (8) bank accounts ("Undisclosed Bank Accounts"[2]) that were open on the Petition Date and owned by the Defendant or one of his entities which he was authorized to draw upon.

87.    All Undisclosed Bank Accounts were open within the one year prior to the Petition Date.

88.    To the extent that Defendant closed any of the Undisclosed Bank Accounts within the one-year period prior to the Petition Date, the Defendant made false oaths in his Original SOFA and Amended SOFA by not disclosing such accounts as being closed accounts he was a signor on in the one year prior to the Petition Date.

89.    Plaintiff believes and thereon alleges that the Undisclosed Bank Accounts were not disclosed because the disclosure of same would have led creditors and the Trustee to information that would lead to fraudulent transfers, preference payments, and more evidence to prove that the Defendant, with intent to hinder, delay and defraud creditors, within the four years prior to the Petition Date, transferred assets to others, to hide from his creditors.

90.    In Debtor's Schedule H, Defendant did not disclose Debtor's Brother or Desert Spirit as a co-debtor because it would have triggered the Trustee and creditor's knowledge of his hidden assets and business dealings that were going on before the Petition Date and after it.

91.    Plaintiff believes and thereon alleges that Defendant was a lessee/co-lessee of space in Desert Hot Springs, California with/for the benefit of Desert Spirit and did not disclose same for the same reasons as asserted in paragraph 90 above.

---

[2] Plaintiff is informed and thereon alleges that the Undisclosed Bank Accounts include, but are not limited to, bank accounts at:
1.  Bank of America ("BofA") ending in 5700;
2.  BofA ending in 5966;
3.  BofA ending in 3940;
4.  US Bank ending in 4358;
5.  Chase ending in 8892;
6.  Bank of NY Mellon ending in 4015;
7.  Chase ending in 5975;
8.  Chase ending in 8303; and
9.  BofA ending in 0051.



92.     In the Original SOFA, Defendant made false oaths by not disclosing, among other things:

    a.   his ownership and connection with Desert Spirit, LLC;

    b.   the closed Charles Schwab account;

    c.   the ownership in and the alleged foreclose of the Glendale Property;

    d.   a lawsuit against him and Desert Spirit;

93.     In the Original SOFA and Amended SOFA, Defendant made false oaths by not disclosing, among other things:

    a.   accurate income for the years 2022, 2023 and 2024 through the Petition Date;

    b.   various closed bank accounts which would trigger parties to the discovery of new information; and

    c.   receipt of income from the IRS of $27,811.00 on September 27, 2023;

94.     Plaintiff is informed and thereon alleges that Defendant still owns legal title/owned the Glendale Property as of March 2024, and made a false oath by stating that he does not own it and sold it in 2021.

95.     Defendant's false oaths were made knowingly in that the Defendant had actual knowledge of all of the items discussed in paragraphs above.

96.     Defendant's false oaths were made fraudulently in that the Defendant did not disclose the various assets, transfers, bank accounts, closed bank accounts purposely because they would materially impact his ability to pay creditors, show that he made transfers with intent to hinder, delay and defraud creditors, including Plaintiff, all in the one to four years before and after the Petition Date.

97.     As a result of Defendant's knowing and fraudulently made false oaths in and in connection with the Main Case, and Defendant should be denied a discharge pursuant to 11 U.S.C. §727(a)(4)(A).

///

///

///



## IX.   FIFTH CLAIM FOR RELIEF- Withheld from Trustee Recorded Info

### [Against Defendant Pursuant to 11 U.S.C. § 727(a)(4)(D)]

98.   Plaintiff realleges and incorporates all prior paragraphs in this Complaint, as though fully set forth in their entirety herein.

99.   11 U.S.C. § 727(a)(4)(D) requires denial of a discharge if a debtor "knowingly and fraudulently, in or in connection with the case…withheld from an officer of the estate entitled to possession under this title, any recorded information, including books, documents, records, and papers, relating to the debtor's property or financial affairs."

100.   As discussed above, the Trustee asked from the Defendant, the Requested Books and Records, over two months ago, and the Defendant has withheld from the Trustee and creditors, most of that recorded information, which relates to the Defendant's property or financial affairs.

## X.   SIXTH CLAIM FOR RELIEF

### [Against Defendant Pursuant to 11 U.S.C. § 727(a)(5)]

101.   Plaintiff realleges and incorporates all prior paragraphs in this Complaint, as though fully set forth in their entirety herein.

102.   11 U.S.C. § 727(a)(5) requires the denial of discharge where a debtor has failed to explain satisfactorily any loss of assets or deficiency of assets to meet the debtor's liabilities.

103.   Within three (3) years of the Petition Date, Defendant owned identifiable assets, including but not limited to $120,000 in the Charles Schwab brokerage account, various real properties, the Undisclosed Bank Accounts, various businesses, he received over a $1,000,000.00 in loan proceeds, and has failed to not only disclose many of these assets, but has failed to explain satisfactorily the loss of these assets and the deficiency of assets to meet the Defendant's liabilities.

104.   The Petition, Schedules, Original SOFA, Amended SOFA, Amended Schedules, the few documents the Defendant did produce to the Trustee, and the testimony at the 341A, do not adequately explain the disposition of Defendant's assets, particularly the considerable sums of money the Defendant has borrowed and spent from his businesses and Undisclosed Bank Accounts.

105.   Defendant failed to offer a satisfactory explanation for the loss or deficiency of his assets to Plaintiff before or after the Petition Date.

106.   Defendant failed to explain satisfactorily a deficiency of assets to meet his liabilities, such as the Judgment, to which he voluntarily agreed.

107.   Based on the above, Debtor's discharge should be denied pursuant to 11 U.S.C. § 727(a)(5).

## VII.   <u>SEVENTH CLAIM FOR RELIEF</u>

### [Against Defendant Pursuant to 11 U.S.C. § 523(a)(2)(A)]

108.   Plaintiff realleges and incorporates all prior paragraphs in this Complaint, as though fully set forth in their entirety herein.

22.   Pursuant to 11 U.S.C. § 523(a)(2) the discharge of Plaintiffs' debt should be excepted from Debtors' discharge "for money, property, services, or an extension, renewal, or refinancing of credit, to the extent (the debt was) obtained by— (A) false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition…".

23.   The Defendant made various false representations to Plaintiff, with intent to deceive the Plaintiff into delaying/extending time to the Defendant for payment of its debt, and to obtain the agreement of the Plaintiff to the Stipulation.

24.   Plaintiff relied on the false representation of Defendant to Plaintiff and suffered damages from doing so.

25.   The Defendant never intended to make any payments to the Plaintiff when he agreed to do so under the Stipulation.

26.   Instead of complying with the Stipulation, Plaintiff believes and thereon alleges that during the time that Plaintiff agreed to give Defendant, to mkae payments under the Stipulation and Judgment, the Defendant quickly transferred his assets to other parties so that Plaintiff could not collect the Judgment to which the Defendant stipulated, and this damaged Plaintiff substantially.

27.   Based on the above, Debtor's discharge should be denied pursuant to 11 U.S.C. § 523(a)(2)(A).

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

Shaw & Hanover

A.     For a judgment determining that Plaintiff's debt be excluded from the Defendant's discharge; or

B.     In the alternative, that Defendant's discharge be denied entirely;

C.     For an award of Plaintiff's costs, expenses, and attorney's fees incurred in pursuing this action; and

D.     For such other and further relief as the Court may deem just and proper.

Date: January 24, 2025                         Respectfully submitted,
                                               **SHAW & HANOVER, PC**

                                               */s/ Summer Shaw*
                                  By:    _____
                                               Summer M. Shaw/Alina Mamlyuk
                                               Attorneys for Plaintiff, Davitt Inc. dba Electrical
                                               Solutions



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **44-901 Village Court, Suite B, Palm Desert, CA 92260**

A true and correct copy of the foregoing document entitled (*specify*):  **COMPLAINT TO DENY THE DISCHARGEABILITY OF PLAINTIFF'S DEBT PURSUANT TO 11 U.S.C. §523; OR IN THE ALTERNATIVE, TO DENY DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §727 WITH EXHIBIT 1 THROUGH 4** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **01/24/2025** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amy L Goldman (TR)**    marisol.jaramillo@lewisbrisbois.com,
  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
- **Matthew D. Resnik**    matt@rhmfirm.com,
  roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;
  david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;
  rebeca@rhmfirm.com;LA@rhmfirm.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **Summer M Shaw**    ss@shaw.law,
  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **01/24/2025** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| HONORABLE JUDGE'S COPY | DEBTOR |
|---|---|
| Honorable Victoria S Kaufman | Omar Alousta |
| United States Bankruptcy Court | 5528 Willowcrest Avenue |
| 21041 Burbank Boulevard, Suite 354 | North Hollywood, CA 91601 |
| Woodland Hills, CA 91367 | |

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/24/2025 | Teresa Stone | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                     **F 9013-3.1.PROOF.SERVICE**



Electronically RECEIVED by Superior Court of California, County of Riverside on 03/08/2023 08:07 AM - Marita C. Ford, Interim Executive Officer/Clerk of the Court By Nadia Mariscal, Clerk

1    BRANDON L. ABBOTT, ESQ. (SBN 279999)
2    **GREEN, BRYANT & FRENCH, LLP**
     402 W Broadway, Suite 1950
3    San Diego, CA 92101
     Tel: (619) 239-7900
4    babbott@gbflawyers.com

5    Attorneys for Plaintiff

6

7

     **FILED**
     SUPERIOR COURT OF CALIFORNIA
     COUNTY OF RIVERSIDE

     MAR 1 3 2023

     MYoungberg

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9          **RIVERSIDE COUNTY – PALM SPRINGS COURTHOUSE**

10

| | |
|---|---|
| 11   DAVITT, INC., a California corporation, doing business as ELECTRICAL SOLUTIONS, | CASE NO.: **CVPS2204989** |
| 12 | Unlimited Civil Action [More than $25,000] |
| 13          Plaintiff, | STIPULATION FOR ENTRY OF JUDGMENT |
| 14    v. | Retain Jurisdiction Pursuant to Code of Civil Procedure Section 664.6 |
| 15   DESERT SPIRIT, LLC, a California limited liability company, OMAR ALOUSTA, an individual, ARFAN ALOUSTA, an individual, YIFA TWO, LLC, a California limited liability company, and Defendant DOES 1-25, inclusive | |
| 16 | |
| 17 | |
| 18          Defendants. | |

19

20

21

22

23

24

25

26

27

28

         STIPULATION FOR ENTRY OF JUDGMENT – CVPS2204989

**EXHIBIT 1 (Page 1 of 14)**

1

2      IT IS HEREBY STIPULATED by and between Plaintiff, DAVITT, INC., a California

3  corporation doing business as ELECTRICAL SOLUTIONS ("Plaintiff"), and Defendant

4  DESERT SPIRIT, LLC, a California limited liability company, Defendant, OMAR ALOUSTA,

5  an individual, and Defendant ARFAN ALOUSTA, an individual (collectively "Defendants"), that

6  Judgment in the above-captioned matter be entered in favor of Plaintiff and against Defendant

7  DESERT SPIRIT, LLC, a California limited liability company, Defendant, OMAR ALOUSTA,

8  an individual, and Defendant ARFAN ALOUSTA, an individual the sum of ONE HUNDRED

9  FIFTY-FIVE THOUSAND AND 00/100 U.S. DOLLARS ($155,000.00) at an interest rate of six

10  percent (6%) annually from the date of this fully executed Stipulation For Entry of Judgment

11  calculated until October 15, 2023, less amounts duly paid by Defendants to Plaintiff according to

12  proof.

13      Pursuant to the Settlement Agreement signed by Plaintiff and Defendants dated February

14  7, 2023 ("Agreement"), and which is attached as "Exhibit A" to this Stipulation For Entry of

15  Judgment, Plaintiff is also hereby awarded a late payment fee of TWO THOUSAND FIVE

16  HUNDRED and 00/100 U.S. DOLLARS ($2,500.00) pursuant to Section 2 of the Agreement.

17  Plaintiff is also hereby awarded attorney fees in the amount of FIVE THOUSAND and 00/100

18  U.S. DOLLARS ($5,000.00), and SEVEN HUNDRED FIFTY and 00/100 U.S. Dollars ($750.00)

19  in legal costs incurred in filing and obtaining this judgment against Defendants.

20      Thus, Plaintiff is awarded as against Defendant DESERT SPIRIT, LLC, a California

21  limited liability company, Defendant, OMAR ALOUSTA, an individual, and Defendant ARFAN

22  ALOUSTA, an individual, the sum of ONE HUNDRED SIXTY FOUR THOUSAND, THREE

23  HUNDRED AND 00/100 U.S. DOLLARS ($164,300.00) plus TWO THOUSAND FIVE

24  HUNDRED and 00/100 U.S. DOLLARS ($2,500.00) plus FIVE THOUSAND and 00/100 U.S.

25  DOLLARS ($5,000.00) plus SEVEN HUNDRED FIFTY and 00/100 U.S. Dollars ($750.00)

26  which equals a total judgment of ONE HUNDRED SEVENTY TWO THOUSAND, FIVE

27  HUNDRED-FIFTY AND 00/100 U.S. DOLLARS ($172,550.00) with post-judgment interest at a

28

STIPULATION FOR ENTRY OF JUDGMENT – CVPS2204989

**EXHIBIT 1 (Page 2 of 14)**

1    rate of ten percent (10%) annually, less amounts duly paid by Defendants pursuant to the

2    Agreement.

3        It is further stipulated and agreed that this judgment may be entered in accordance with

4    this stipulation by the court on application of Plaintiff, without notice to Defendants. The

5    enforcement of the Judgment entered pursuant to this Stipulation shall be stayed provided that

6    Defendants are in compliance with the Agreement entered into between Plaintiff and Defendants.

7    A true and correct copy of the Agreement is attached hereto as Exhibit A and incorporated herein

8    by this reference. The Superior Court of California, County of Riverside shall retain jurisdiction

9    over this matter pursuant to Code of Civil Procedure Section 664.6.

10

11    Date: February 2, 2023

12

13

14

15    Date: February 2, 2023

16

17

18    Date: February 2, 2023

19

**DESERT SPIRIT, LLC**

Signature: _____

Print Name: _Omar Alousta_

Title: _____

**OMAR ALOUSTA**

Signature: _____

Print Name: _Omar Alousta_

**ARFAN ALOUSTA**

Signature: _____

Print Name: _Arfan Alousta_

23                    [Continues on Following Page 3 and 4]

-2-

STIPULATION FOR ENTRY OF JUDGMENT – CVPS2204989

**EXHIBIT 1 (Page 3 of 14)**

1   Approved as to form:

2                                                    KLEIN.LAW

3

    Date: February 2, 2023                          *Craig Englander*
4                                                    Craig Englander, Esq., counsel for
                                                     Defendants Desert Spirit, LLC, Omar
5                                                    Alousta, and Arfan Alousta

6                                                    GREEN, BRYANT & FRENCH, LLP

7

8   Date: _FEBRUARY 6, 2023_

9                                                    Brandon Abbott, Esq., counsel for Davitt,
                                                     Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION FOR ENTRY OF JUDGMENT -- CVPS2204989

**EXHIBIT 1 (Page 4 of 14)**

## JUDGMENT

Upon reviewing the Stipulation For Entry Of Judgment and good cause appearing therefore, IT IS HEREBY ORDERED that Judgment be entered in the above-captioned matter in favor of Plaintiff DAVITT, INC. dba ELECTRICAL SOLUTIONS as against Defendant DESERT SPIRIT, LLC, a California limited liability company, Defendant, OMAR ALOUSTA, an individual, and Defendant ARFAN ALOUSTA, an individual, for the sum of ONE HUNDRED SIXTY FOUR THOUSAND, THREE HUNDRED AND 00/100 U.S. DOLLARS ($164,300.00) plus TWO THOUSAND FIVE HUNDRED and 00/100 U.S. DOLLARS ($2,500.00) plus FIVE THOUSAND and 00/100 U.S. DOLLARS ($5,000.00) plus SEVEN HUNDRED FIFTY and 00/100 U.S. Dollars ($750.00) which equals a total judgment of ONE HUNDRED SEVENTY TWO THOUSAND, FIVE HUNDRED-FIFTY AND 00/100 U.S. DOLLARS ($172,550.00) plus post-judgment interest at a rate of ten percent (10%) annually, less amounts duly paid by Defendants pursuant to the Agreement.

DATE: _03/13/2023_____    _____

Judge of the Superior Court

Honorable Manuel Bustamante

**EXHIBIT 1 (Page 5 of 14)**

# EXHIBIT A

**EXHIBIT 1 (Page 6 of 14)**

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release (the "Agreement") is entered into by Davitt, Inc., a California corporation doing business as Electrical Solutions ("Davitt"), Desert Spirit, LLC, a California limited liability company ("DS"), Omar Alousta, an individual ("OA"), and Arfan Alousta, an individual ("AA"). DS, OA, and AA are collectively referred to herein as "Defendants". Davitt and Defendants are collectively referred to herein as the "Parties." This Agreement is entered into with reference to the following facts:

### RECITALS

A.  WHEREAS, Defendants hired Davitt to conduct various electric work, services, materials, labor, and equipment at 15860 Little Morongo Road, Desert Hot Springs, CA 92240 ("Property"). Defendants to date paid certain amounts owed to Davitt under the contract between the Parties for work, services, materials, labor, and equipment provided by Davitt at the Property; however, an outstanding and past-due balance is still owed by Defendants to Davitt per contract.

B.  WHEREAS, in an effort to avoid the time, expense and resources associated with further litigation, the Parties have negotiated a full and final settlement of the Complaint filed in CVPS2204989 in the Superior Court of California, County of Riverside ("Complaint"), and all possible claims related thereto.

C.  WHEREAS, each of the Parties acknowledge this Agreement is a compromise resolution of the Complaint. This Agreement shall not be construed for any purposes as an admission of fault, liability or wrongdoing by any Party which is expressly denied. The Parties now wishing to settle this dispute, therefore, do so with this Agreement.

D.  WHEREAS, Defendants and Davitt agree to settle this dispute and the Complaint in total, whereby Defendants agree to pay Davitt, ONE HUNDRED FIFTY-FIVE THOUSAND U.S. DOLLARS AND 00/100 ($155,000.00) at an interest rate of six percent (6%) annually, as further set forth in Section 2 of this Agreement and pursuant to the terms of this Agreement.

NOW, THEREFORE, in consideration of the mutual promises and releases contained herein, and for other good and valuable consideration, receipt of which is hereby acknowledged, the Parties agree as follows:

### AGREEMENT

1.  **Recitals Incorporated.** The Parties acknowledge and agree that the Recitals set forth above are true and correct and are incorporated into this Agreement by their specific reference and made a part hereof.

2.  **Settlement Terms.** The Parties agree to the following settlement terms. Defendants agree to pay Davitt: ONE HUNDRED FIFTY-FIVE THOUSAND AND 00/100 U.S. DOLLARS ($155,000.00) at an interest rate of six percent (6%) annually ("Settlement Proceeds") according to the terms and payment schedule set forth in this Section 2, as well as the

1

**EXHIBIT 1 (Page 7 of 14)**

entire terms of this Agreement. Defendants specifically agree, consent, and acknowledge to no reductions of the Settlement Proceeds or any amounts for unrecoverable fees and costs as a result of any matter stemming from this Settlement Agreement, and all Settlement Proceeds are obligated to be paid to Davitt, with any additional amounts that are pursuant to this Agreement. Defendants specifically agree, acknowledge, and consent to making payment of the Settlement Proceeds to Davitt according to the following payment schedule:

    a.  Defendants shall pay a first minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before February 7, 2023;

    b.  Defendants shall pay a second minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before March 15, 2023;

    c.  Defendants shall pay a third minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before April 15, 2023;

    d.  Defendants shall pay a fourth minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before May 15, 2023;

    e.  Defendants shall pay a fifth minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before June 15, 2023;

    f.  Defendants shall pay a sixth minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before July 15, 2023;

    g.  Defendants shall pay a seventh minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before August 15, 2023;

    h.  Defendants shall pay an eighth minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before September 15, 2023;

    i.  Defendants shall pay a ninth minimum payment of Eighteen Thousand, Two Hundred Fifty-Five U.S. Dollars and 56/100 ($18,255.56) to Davitt on or before October 15, 2023.

        Such above payments to Davitt contained in Section 2(a) through (i) of the Settlement Proceeds ("Nine Payments") shall be made via valid check or cashier's check to: "Davitt, Inc." and sent to:      Davitt, Inc. dba Electrical Solutions
                                        P.O. Box 275
                                        Thousand Palms, CA 92276

Payments of the Settlement Proceeds may also be alternatively wired to:
        Wells Fargo Bank
        Account Name: Davitt, Inc. dba Electrical Solutions
        Account #: 6627899245
        Routing #: 121000248

2

Settlement and Mutual Release Agreement
Davitt v. Desert Spirit, LLC et al.

**EXHIBIT 1 (Page 8 of 14)**

If any of the Nine Payments are received by Davitt more than three (3) calendar days past the respective due dates as set forth in Section 2(a) through (i) of this Agreement, all Parties herein agree, acknowledge, consent, and accept that such respective payment is considered a late payment ("Late Payment"). Any Late Payment is automatically assessed a fee of Five Hundred and 00/100 U.S. Dollars ($500.00) per Late Payment, and which is automatically due and owing immediately by Defendants to Davitt for each and every Late Payment, and which Defendants hereby agree, acknowledge, and consent to such ("Late Payment Fee"). Upon a Late Payment being applicable and assessed to Defendants, Davitt will provide written notice of default to Defendants with a three (3) business day opportunity to cure, and such notice shall be sent to the Defendant address: c/o Klein Law 100 Wilshire Blvd. Suite 700 Santa Monica, CA 90401 and email address of: craig@klein.law and oalousta10@gmail.com (collectively "Notice of Default").

If Defendants do not cure any and all Late Payment(s) and Late Payment Fee(s) within three (3) business days of receiving the Notice of Default, Defendants specifically agree, acknowledge, consent, and accept that Davitt may immediately file the Stipulation of Enty of Judgment ("Stipulated Judgment") which this Agreement is attached to as "Exhibit A" with the Superior Court of California, County of Riverside – Palm Springs Courthouse, and immediately seek and obtain a judgment against Defendants as set forth in the Stipulated Judgment. The Stipulated Judgment may then be entered in accordance with the stipulation by the court on application of Plaintiff, without notice to Defendants. The enforcement of the judgment entered pursuant to this Stipulation shall be stayed provided that Defendants are in compliance with the Agreement entered into between Plaintiff and Defendants. If the Stipulated Judgment is rejected for any reason, Defendants agree to sign a new Stipulated Judgment(s) until a Stipulated Judgment is accepted by the court. The Superior Court of California, County of Riverside shall retain jurisdiction over this matter pursuant to Code of Civil Procedure Section 664.6.

As set forth below and within the Stipulated Judgment, such includes all accrued interest, a flat amount of Late Payment Fees, a flat amount for attorney fees, and a flat amount for legal costs incurred in filing and obtaining the judgment against Defendants, plus post-judgment interest at a rate of ten percent (10%) annually, less amounts duly paid by Defendants. pursuant to this Agreement. All Parties herein agree, acknowledge, accept, and consent that this Agreement is secured by the Stipulated Judgment. Defendants agree, consent, acknowledge, and accept the amounts contained on the Stipulated Judgement are: ONE HUNDRED SIXTY FOUR THOUSAND, THREE HUNDRED AND 00/100 U.S. DOLLARS ($164,300.00) for the Settlement Proceeds plus six percent annual interest calculated until October 15, 2023, plus TWO THOUSAND FIVE HUNDRED and 00/100 U.S. DOLLARS ($2,500.00) for a flat late fee amount, plus FIVE THOUSAND and 00/100 U.S. DOLLARS ($5,000.00) for a flat legal fee amount, plus SEVEN HUNDRED FIFTY and 00/100 U.S. Dollars ($750.00) for a flat legal costs amount, and which equals a total judgment of ONE HUNDRED SEVENTY TWO THOUSAND, FIVE HUNDRED-FIFTY AND 00/100 U.S. DOLLARS ($172,550.00) with post-judgment interest at a rate of ten percent (10%) annually, less amounts duly paid by Defendants pursuant to this Agreement, and which is to be entered according to the Stipulated Judgment which Defendants agree, consent acknowledge, and accept. Defendants also herein agree, acknowledge, accept, and consent that Davitt is entitled to payment by Defendant to Davitt for

3

EXHIBIT 1 (Page 9 of 14)

any and all collection costs and attorney fees incurred by Davitt in pursuing and obtaining all outstanding monies owed by Defendants to Davitt post-filing of the Stipulated Judgement.

Within thirty (30) calendar days of this Agreement and Stipulated Judgment being fully executed, Davitt agrees to release any and all mechanic's liens recorded and withdraw any and all notice of pendency of action (lis pendens) recorded with the County of Riverside. Within thirty (30) calendar days of this Agreement and Stipulated Judgment being fully executed, Davitt agrees to file a Notice of Settlement in the CVPS2204989 case. Upon full performance of all obligations in this Agreement by Defendants, including full performance of all monetary obligations by Defendants, Davitt will file a Request for Dismissal with prejudice as to all Defendants in the CVPS2204989 case.

### 3. Mutual Release of Claims.

With the exception of the obligations specifically provided for herein, and in consideration for the full performance of all obligations set forth herein, the Parties, in consideration for the covenants contained herein, on behalf of themselves and their respective heirs, assigns, agents, insurers, partners, members, representatives, attorneys, guarantors, predecessors, successors, officers, directors, shareholders, owners, and all other persons or entities acting by, through, under or in concert with them, hereby fully release and discharge each other and their present and former respective employees, attorneys, officers and directors, agents, partners, assigns, successors, predecessors, representatives, members, shareholders, owners, affiliated entities and all other persons or entities acting by, through, under or in concert with it, from any and all claims, demands, liabilities, judgments, liens, indebtedness, costs, obligations, rights of action, damages, expenditures, rights of arbitration, and causes of action of every kind and nature whatsoever, except for latent/patent defects discovered by Defendants after the date of this Agreement ("Claims"), whether now known or unknown, suspected or unsuspected, which the Parties heretofore had, now has, or hereinafter may have against one another by reason of any act, omission, event, contract, condition, agreement, promises, representation, misrepresentation, report, disclosure, failure to disclose, warranty, transaction or occurrence on or before the effective date of this Agreement, which in any way relates to and/or arises out of the Complaint; and/or any and all facts, circumstances, contracts, memberships, obligations, rights, events and/or other issues alleged, claimed, and/or arising out of and/or related to the pending litigation in Riverside Superior Court Palm Springs Branch in Case No. CVPS2204989 ("Release"). It is the further intention of the Parties and each of them, that the Release shall, and hereby does, bind and inure to the benefit of the Parties' attorneys, agents, servants, successors, heirs, executors, administrators, subsidiaries, affiliates, predecessors and successors in interest, partners and assigns and any other person, firm, partnership, entity or corporation to whom the Parties are affiliated. This release is intended to be as broad as legally permissible to include all claims of any kind, known or unknown, arising prior to the date of this Agreement.

### 4. Waiver of Unknown Claims. Except for latent/patent defects discovered by Defendants after the date of this Agreement, all releasors hereby expressly waive all right and benefit under Section 1542 of the California Civil Code, which provides as follows:

4

Settlement and Mutual Release Agreement
Davitt v. Desert Spirit, LLC et al.                                              CVPS2204989

EXHIBIT 1 (Page 10 of 14)

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Except for latent/patent defects discovered by Defendants after the date of this Agreement, which are specifically excluded, all releasors further acknowledge that they are aware that they may hereafter discover facts in addition to or different from those which releasors now know or believe to be true with respect to the subject matter of this Agreement, but it is releasor's intention hereby to fully and finally forever settle and release suspected and unsuspected, which do now exist, may exist or have existed with respect to all released claims and the release herein given shall be and remain in effect as a full and complete general release notwithstanding discovery or existence of any such additional or different facts. All releasors further understand and acknowledge the significance and consequences of the specific waiver of the party's rights under California Civil Code section 1542 and hereby assume full responsibility for and release any and all claims which may occur or which later becomes known to them.

5.    **No Representation or Guarantee.** Each party acknowledges that, except as may otherwise be expressly set forth in this Agreement, no representation or guarantee regarding the tax costs, liabilities, treatment or other consequences arising from or related to this Agreement is made by any party to any other party. No party can avoid this Agreement (or any part hereof) based in any way on any tax costs, liabilities or other consequences, or any claim that taxes imposed or claimed by any taxing authority to be owed by any party and arising from or related to this Agreement were unanticipated by that party or contrary to that party's assumptions, beliefs or predictions.

6.    **Continued Jurisdiction.** Pursuant to California Code of Civil Procedure Section 664.6, the Parties hereby jointly request the Court to retain jurisdiction of this case and over the Parties personally until final performance of the Agreement and Stipulated Judgment stated herein. This includes tolling of any applicable statute, rule, or court order affecting timely prosecution this action, including the five-year dismissal statute.

7.    **Non-Admission of Liability.** This Agreement, and its performance, does not constitute and will not be construed as an admission by any party, or by any of the releasees of the truth of any contested matter, or of any liability, wrongful act, or omission.

8.    **Attorney Fees and Costs.** The Parties, and each of them, respectively agree to bear their own attorney fees and costs arising out of the released claims, including, but not limited to, attorney fees and costs associated with the drafting and negotiation of this Agreement; however Defendants specifically agree, consent, acknowledge, and accept any and all attorney fees and legal costs owed by Defendants to Davitt pursuant to Section 2 of this Agreement. In the event of the bringing of any action or suit by any Party hereto against another Party hereunder by reason of any breach or alleged breach of the covenants or agreements on the part of the other Party arising out of this Agreement, or should any action be brought to interpret or enforce the terms of this Agreement, the prevailing party shall be entitled to have and recover from the other Party, all recoverable costs and attorneys' fees.

5

Settlement and Mutual Release Agreement
Davitt v. Desert Spirit, LLC et al.                                          CVPS2204989

EXHIBIT 1 (Page 11 of 14)

9.     **Integrated Agreement/Amendment.** This Agreement constitutes an integrated contract expressing the entire Agreement of the Parties with respect to the subject matter hereof. Except as set forth or mentioned herein, there are no other agreements, oral or written, express or implied, between or among the Parties hereto. Neither this Agreement, nor any of the terms herein, may be waived, altered, amended, or otherwise modified, except in writing signed by the Parties. Each of the Parties acknowledges that no other party to this Agreement, nor any agent or attorney of any such party, has made any promise, representation, or warranty whatsoever, express or implied, not contained in this Agreement, for purposes of inducing them to execute this Agreement. Each party acknowledges that they are not executing this Agreement in reliance on any promise, representation, or warranty not contained in this document.

10.     **Venue.** This Agreement shall be deemed executed and performed in the State of California, County of Riverside.  Any action to enforce or interpret this Agreement shall be brought in the Civil Division of the Superior Court of California for the County of Riverside – Palm Springs Courthouse.

11.     **Agreement Not to Be Construed Against Drafter/Review by Counsel.** The Parties acknowledge that they have each had the same opportunity to participate in the drafting and revision of this Agreement with the assistance of independent counsel of their own choosing. Nothing in this Agreement shall be construed in favor of or against any of the Parties on the grounds that such Party did or did not write, revise, add, or remove any provision hereof.  No language in this Agreement shall be construed in favor of or against any party on the grounds that such language is ambiguous or was proposed, drafted or revised by any of the Parties.

12.     **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of California.

13.     **Severance of Illegal Terms.**  If any provision of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable for any reason, the remaining provisions not so declared shall nevertheless continue in full force and effect, but shall be construed in such a manner so as to effectuate the intent of this Agreement as a whole, notwithstanding such stricken provision or provisions. The Parties agree that in the event any part of this Agreement is rendered or declared invalid or unenforceable, they will negotiate, in good faith, to agree on a permitted replacement part that reflects their original intent.

14.     **No Assignment.** The Parties herein represent and warrant that they have not assigned or transferred or purported to assign or transfer any claim, demand, debt, liability, damage, obligation, action or cause of action against any other party, to any other person, partnership, association or corporation.

15.     **Authority.** Each party represents and warrants that the party is duly authorized and has full authority to enter into this Agreement, including, but not limited to, the full authority to bind his or her principal to this Agreement.

16.     **Successors and Assigns.** The Agreement shall be binding upon and inure to the benefit of the Parties and their respective representatives, successors, and assigns.

6

Settlement and Mutual Release Agreement
Davitt v. Desert Spirit, LLC et al.                                                    CVPS2204989

**EXHIBIT 1 (Page 12 of 14)**

17.    **Headings.** The Parties acknowledge and hereby agree that headings used in this Agreement are for convenience only, and do not modify, alter, or otherwise affect the express terms of said Agreement.

18.    **Advice of Counsel.** The Parties agree that they have had the opportunity to seek the advice of counsel concerning this Agreement and the full and final release of all claims. The Parties expressly represent and warrant that he or he has had the advice and assistance of counsel concerning the Agreement prior to execution.

19.    **Counterparts.** This Agreement may be executed in counterparts with electronic and/or facsimile signatures, each of which shall be deemed an original and all of which, together, shall constitute one Agreement. A complete copy of this Agreement shall be admissible in any action or proceeding to the same extent as an executed original of this Agreement.

20.    **Knowing, Free, and Voluntary Execution.** The Parties agree that they have carefully read this Agreement, its contents are known to the Parties, and it is freely and voluntarily signed by each, and, that this Agreement has been reviewed with and agreed to following consultation with independent legal counsel. Counsel are invited to sign the settlement agreement but are not necessary parties and the lack of their signature will not invalidate the agreement as executed by the parties.

21.    **Effective Date:** The Effective Date of this Agreement is the date it has been signed by all Parties.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the Effective Date:

**DESERT SPIRIT, LLC**

Date: _February 2, 2023_

Signature: _____

Print Name: _Omar Alousta_

Title: _Owner_

**OMAR ALOUSTA**

Date: _February 2, 2023_

Signature: _____

Print Name: _Omar Alousta_

**ARFAN ALOUSTA**

Date: _February 2, 2023_

Signature: _____

Print Name: _ARFAN ALUSTA_

7

Settlement and Mutual Release Agreement
Davitt v. Desert Spirit, LLC et al.

CVPS2204989

**EXHIBIT 1 (Page 13 of 14)**

Date: 2/7/2023

**DAVITT, INC.**

Signature: _Michael Davitt_

Print Name: Michael Davitt

Title: CEO

Approved as to form:

**KLEIN.LAW**

Date: February 2, 2023

_Craig Englander_
Craig Englander, Esq., counsel for
Defendants

**GREEN, BRYANT & FRENCH LLP**

Date: FEBRUARY 6, 2023

Brandon Abbott, Esq., counsel for Davitt,
Inc.

Settlement and Mutual Release Agreement
Davitt v. Desert Spirit, LLC et al.

CVPS2204989

**EXHIBIT 1 (Page 14 of 14)**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Omar<br>First name | First name |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | Alousta<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2292 | |

## EXHIBIT 2 (Page 1 of 70)

Debtor 1    Omar Alousta                                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

| | |
|---|---|
| 5528 Willowcrest Avenue<br>North Hollywood, CA 91601<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | _____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

**EXHIBIT 2 (Page 2 of 70)**

| Debtor 1 | Omar Alousta | Case number *(if known)* | |

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box. |

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

| 8. | **How you will pay the fee** | ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

| 9. | **Have you filed for bankruptcy within the last 8 years?** | ■ No. |

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ■ No |

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| 11. | **Do you rent your residence?** | ■ No.    Go to line 12. |

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

**EXHIBIT 2 (Page 3 of 70)**

Debtor 1    Omar Alousta

Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

**EXHIBIT 2 (Page 4 of 70)**

Debtor 1    Omar Alousta

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**EXHIBIT 2 (Page 5 of 70)**

Debtor 1    Omar Alousta                                                 Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

       ☒ No. Go to line 16b.

       ☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

       ☐ No. Go to line 16c.

       ☒ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

       _____

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

       ☒ No

       ☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

See next page
_____            _____
Omar Alousta                                    Signature of Debtor 2
Signature of Debtor 1

Executed on   October 17, 2024            Executed on _____
            MM / DD / YYYY                                MM / DD / YYYY

---

# EXHIBIT 2 (Page 6 of 70)

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an
   amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| ✗ _Omar Alousta_ | ✗ _____ |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  October 17, 2024 | Executed on _____ |
| MM / DD / YYYY | MM / DD / YYYY |

**EXHIBIT 2 (Page 7 of 70)**

Debtor 1    Omar Alousta                            Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| /s/ Matthew D. Resnik | Date | October 18, 2024 |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Matthew D. Resnik Matthew D. Resnik
_Printed name_

RHM LAW LLP
_Firm name_

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
_Number, Street, City, State & ZIP Code_

| | | |
|---|---|---|
| Contact phone (818) 285-0100 | Email address | matt@rhmfirm.com |

(SBN 182562) CA
_Bar number & State_

---

**EXHIBIT 2 (Page 8 of 70)**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   North Hollywood   , California.

Date:   October 17, 2024

See next page
Omar Alousta
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1                          F 1015-2.1.STMT.RELATED.CASES
EXHIBIT 2 (Page 9 of 70)

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   North Hollywood                         , California.

Date:        October 17, 2024

Omar Alousta
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                Page 1        F 1015-2.1.STMT.RELATED.CASES
**EXHIBIT 2 (Page 10 of 70)**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Omar Alousta |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| **1.  Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................................. | $ 1,000,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $ 45,110.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $ 1,045,110.00 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| **2.  *Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 2,074,118.00 |
| **3.  *Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 124,270.54 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,076,562.07 |
| **Your total liabilities** | $ 3,274,950.61 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| **4.  *Schedule I: Your Income*** (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ 10,945.00 |
| **5.  *Schedule J: Your Expenses*** (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.............................................................. | $ 13,859.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

EXHIBIT 2 (Page 11 of 70)

Debtor 1   Omar Alousta                                                Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form         $ _____
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

EXHIBIT 2 (Page 12 of 70)

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Omar Alousta | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

**1.1**

5528 Willowcrest Avenue
Street address, if available, or other description

North Hollywood    CA    91601-0000
City    State    ZIP Code

Los Angeles
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000,000.00 | $1,000,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

$1,000,000.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 2 (Page 13 of 70)

Debtor 1    Omar Alousta    Case number *(if known)* _____

---

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | Audi | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| 3.1 | | |
|---|---|---|
| Make: | Audi | |
| Model: | Q7 | |
| Year: | 2022 | |
| Approximate mileage: | 21,000 | |
| Other information: | | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

Leased vehicle.
The lease is in non-filing debtor's spouse's name, Muna Alousta.

---

| 3.2 | | |
|---|---|---|
| Make: | Chevrolet | |
| Model: | Suburban | |
| Year: | 2022 | |
| Approximate mileage: | 55,000 | |
| Other information: | | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $42,000.00 | $42,000.00 |

Vehicle is fully encumbered.

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=>**

$42,000.00

---

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous household furniture and appliances located at residence | $1,500.00 |
|---|---|

---

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| Miscellaneous electronics and computer equipment located at residence. | $1,000.00 |
|---|---|

---

**EXHIBIT 2 (Page 14 of 70)**

Debtor 1    Omar Alousta                                                    Case number *(if known)* _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ■ No
   - ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ■ No
   - ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ■ No
    - ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ■ Yes. Describe.....

    | Miscellaneous clothing and accessories located at residence. | $500.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ■ No
    - ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ■ No
    - ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ■ No
    - ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................    $3,000.00

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ■ Yes.................................................................................
    
    Cash on hand    $50.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    - ☐ No
    - ■ Yes........................    Institution name:

**EXHIBIT 2 (Page 15 of 70)**

| Debtor 1 | Omar Alousta | | Case number *(if known)* |
|---|---|---|---|

| | | Persoal checking and savings account with JP Morga Chase Bank (Account # ending on 5975) Parking System, Inc. | |
|---|---|---|---|
| 17.1. | Checking | | $60.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Star Parking Management Inc. is the debtor's LLC. The business is dedicated to render parking services. The business ceased operations in June 2024 and has no value as it holds no assets. There are no accounts receivables, assets or pending debts owed to the company. | 100 | % | $0.00 |
| Parking Systems Inc. - The business is 100% owned by non-debtor spouse and it has no value as it holds no assets. There are no accounts receivables, bank accounts, assets or pending debts owed to the company. | 0% | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
       Type of account:        Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

Official Form 106A/B                Schedule A/B: Property                page 4

**EXHIBIT 2 (Page 16 of 70)**

| Debtor 1 | Omar Alousta | Case number (if known) |
|---|---|---|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

$110.00

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Official Form 106A/B                    Schedule A/B: Property                    page 5

**EXHIBIT 2 (Page 17 of 70)**

Debtor 1    Omar Alousta                                                    Case number *(if known)*_____

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☑ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................   | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................................   $1,000,000.00

56. **Part 2: Total vehicles, line 5**                                      $42,000.00
57. **Part 3: Total personal and household items, line 15**               $3,000.00
58. **Part 4: Total financial assets, line 36**                           $110.00
59. **Part 5: Total business-related property, line 45**                  $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**         $0.00
61. **Part 7: Total other property not listed, line 54**           +      $0.00

62. **Total personal property.** Add lines 56 through 61...       $45,110.00     Copy personal property total     $45,110.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62              | $1,045,110.00 |

Official Form 106A/B                    Schedule A/B: Property                              page 6

**EXHIBIT 2 (Page 18 of 70)**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Omar Alousta |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Miscellaneous household furniture and appliances located at residence<br>Line from *Schedule A/B*: 6.1 | $1,500.00 | ■ | $1,500.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Miscellaneous electronics and computer equipment located at residence.<br>Line from *Schedule A/B*: 7.1 | $1,000.00 | ■ | $1,000.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Miscellaneous clothing and accessories located at residence.<br>Line from *Schedule A/B*: 11.1 | $500.00 | ■ | $500.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Cash on hand<br>Line from *Schedule A/B*: 16.1 | $50.00 | ■ | $50.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Checking: Persoal checking and savings account with JP Morga Chase Bank (Account # ending on 5975) Parking System, Inc.<br>Line from *Schedule A/B*: 17.1 | $60.00 | ■ | $60.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

**EXHIBIT 2 (Page 19 of 70)**

| Debtor 1 | Omar Alousta | | Case number (if known) | |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Star Parking Management Inc. is the debtor's LLC.  The business is dedicated to render parking services. The business ceased operations in June 2024 and has no value as it holds no assets. There are no accounts receivables, assets or pending debts owe<br>Line from *Schedule A/B*: 19.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| Parking Systems Inc. - The business is 100% owned by non-debtor spouse and it has no value as it holds no assets. There are no accounts receivables, bank accounts, assets or pending debts owed to the company.<br>0%<br>Line from *Schedule A/B*: 19.2 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**EXHIBIT 2 (Page 20 of 70)**

| Fill in this information to identify your case: | |
| --- | --- |

| Debtor 1 | Omar Alousta | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
| --- | --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

| 2.1 | Ally Financial, Inc | | | |
| --- | --- | --- | --- | --- |

**Amount of claim:** $49,429.00
**Value of collateral:** $42,000.00
**Unsecured portion:** $7,429.00

**Creditor's Name**

Attn: Bankruptcy
PO Box 380901
Bloomington, IL 55438

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

2022 Chevrolet Suburban

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Automobile Loan

| Date debt was incurred | Opened 01/22  Last Active 08/24 | Last 4 digits of account number | 4945 |
| --- | --- | --- | --- |

## EXHIBIT 2 (Page 21 of 70)

Debtor 1   Omar Alousta
         First Name         Middle Name         Last Name

Case number *(if known)*

---

| 2.2 | Amwest Funding Corp. |
|-----|----------------------|

Creditor's Name

6 Pointe Drive
Brea, CA 92821

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

5528 Willowcrest Avenue North Hollywood, CA 91601  Los Angeles County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   First Mortgage

$502,113.00     $1,000,000.00     $0.00

Date debt was incurred   Opened 12/18  Last Active 12/22

Last 4 digits of account number   1218

---

| 2.3 | Jason Babadjov |
|-----|----------------|

Creditor's Name

9444 Haines Cyn. Ave.
Tujunga, CA 91042

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

5528 Willowcrest Avenue North Hollywood, CA 91601  Los Angeles County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Promissory Note

$200,000.00     $1,000,000.00     $0.00

Date debt was incurred   3/18/21

Last 4 digits of account number   1280

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

**EXHIBIT 2 (Page 22 of 70)**

Debtor 1   Omar Alousta

First Name   Middle Name   Last Name

Case number (if known) _____

| 2.4 | Mary Ellen Jessee | | $1,305,500.00 | $1,000,000.00 | $1,007,613.00 |

Creditor's Name

**Describe the property that secures the claim:**

5528 Willowcrest Avenue North
Hollywood, CA 91601  Los Angeles
County

3474 Harvard Avenue
La Mesa, CA 91941

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   Promissory Note

Date debt was incurred   7/19/18      Last 4 digits of account number   1601

| 2.5 | Volkswagen Credit, Inc | | $17,076.00 | $0.00 | $17,076.00 |

Creditor's Name

**Describe the property that secures the claim:**

2022 Audi Q7 - Vehicle lease

Attn: Bankruptcy
2200 Woodland Pointe Ave
Herndon, VA 20171

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   Automobile Lease

Date debt was incurred   Opened 08/22  Last Active 08/24      Last 4 digits of account number   5911

| Add the dollar value of your entries in Column A on this page. Write that number here: | $2,074,118.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $2,074,118.00 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**EXHIBIT 2 (Page 23 of 70)**

**Fill in this information to identify your case:**

Debtor 1          Omar Alousta
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---------|---------------------------------------------|

1.  **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed,
identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as
possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of
Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|--|--|-------------|-----------------|--------------------|

| 2.1 | Franchise Tax Board | Last 4 digits of account number  2032 | $124,270.54 | $0.00 | $124,270.54 |

Priority Creditor's Name
Attn: Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952
Number Street City State Zip Code

**When was the debt incurred?**   2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only  *(filled)*

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No  *(filled)*

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government  *(filled)*

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

   Tax Levy

## EXHIBIT 2 (Page 24 of 70)

Debtor 1   Omar Alousta                                                      Case number (if known) _____

| 2.2 | Internal Revenue Service | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

For notification purposes only

---

| Part 2: | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |

| 4.1 | Amex | Last 4 digits of account number   1783 | $14,244.00 |

Nonpriority Creditor's Name
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998
Number Street City State Zip Code

When was the debt incurred?   Opened 05/15  Last Active 12/25/22

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit Card

---

**EXHIBIT 2 (Page 25 of 70)**

| Debtor 1 | Omar Alousta | Case number (if known) |
|---|---|---|

---

**4.2** | **Capital One**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 7868 | **$2,428.00**

**When was the debt incurred?** Opened 10/12 Last Active 10/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

**4.3** | **Citi Card/Best Buy**
Nonpriority Creditor's Name
Attn: Citicorp Cr Srvs
Centralized Bankruptcy
PO Box 790040
St Louis, MO 36179
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 4162 | **$5,041.00**

**When was the debt incurred?** Opened 04/16 Last Active 11/26/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

**4.4** | **Citibank/The Home Depot**
Nonpriority Creditor's Name
Citicorp Cr Srvs
Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 2430 | **$553.00**

**When was the debt incurred?** Opened 04/19 Last Active 12/18/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Charge Account

---

**EXHIBIT 2 (Page 26 of 70)**

| Debtor 1 | Omar Alousta | | Case number (if known) | |

---

**4.5** | Credit Control LLC

Nonpriority Creditor's Name
3300 Rider Trail S Suite 500
Earth City, MO 63045
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8359                    $3,613.41

**When was the debt incurred?**   8/2024

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

**4.6** | Davitt, Inc. dba Electrical Solutio

Nonpriority Creditor's Name
c/o Brandon L. Abbott, Esq
Green, Bryant & French, LLP
402 W Broadway, Suite 1950
San Diego, CA 92101
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   0489                    $193,625.18

**When was the debt incurred?**   2023

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Judgment

---

**4.7** | Discover Financial

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   2491                    $1,573.00

**When was the debt incurred?**   Opened 04/22  Last Active 01/23

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

**EXHIBIT 2 (Page 27 of 70)**

Debtor 1    Omar Alousta                                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.8 | **Fundamental Capital LLC** | Last 4 digits of account number    2603                    $329,653.00 |

Nonpriority Creditor's Name
20803 Biscayne Blvd, Suite 300
Miami, FL 33180

When was the debt incurred?    9/2022

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☒ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    Business loan for Star Parking

---

| | | |
|---|---|---|
| 4.9 | **Jefferson Capital Systems, LLC** | Last 4 digits of account number    6003                    $9,688.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
200 14th Ave E
Sartell, MN 56377

When was the debt incurred?    Opened 02/23  Last Active 07/22

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☒ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify    Factoring Company Account Mc World Standard

---

| | | |
|---|---|---|
| 4.10 | **LVNV Funding/Resurgent Capital** | Last 4 digits of account number    5925                    $2,490.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

When was the debt incurred?    Opened 03/24  Last Active 09/23

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☒ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify    Factoring Company Account U.S. Bank N.A.

---

## EXHIBIT 2 (Page 28 of 70)

Debtor 1  Omar Alousta                                                Case number (if known) _____

---

| 4.1 1 | MCA Resolve LLC | | Last 4 digits of account number _____ | | $314,079.00 |

**MCA Resolve LLC**
Nonpriority Creditor's Name
1375 Gateway Blvd.
Boynton Beach, FL 33426
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $314,079.00

**When was the debt incurred?**  10/2022

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Debt

---

| 4.1 2 |

**Merchant Capital Group LLC**
Nonpriority Creditor's Name
dba Greenbox Capital
c/o Law Offices of Sprechman & Fish
2775 Sunny Islees Blvd., Suite 100
North Miami Beach, FL 33160-4007
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  9413          $83,521.24

**When was the debt incurred?**  2024

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Debt Judgment

---

| 4.1 3 |

**Midland Credit Management**
Nonpriority Creditor's Name
350 Camino De La Reina
Suite100
San Diego, CA 92108
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  3513          $1,224.32

**When was the debt incurred?**  7/2024

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

**EXHIBIT 2 (Page 29 of 70)**

Debtor 1  Omar Alousta _____       Case number *(if known)* _____

| 4.1 4 | Portfolio Recovery Associates, LLC | Last 4 digits of account number | 5978 | $2,270.00 |

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   5978

**When was the debt incurred?**   Opened 08/23  Last Active 11/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Factoring Company Account Citibank N.A.

$2,270.00

---

| 4.1 5 | Portfolio Recovery Associates, LLC | Last 4 digits of account number | 1444 | $1,447.00 |

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   1444

**When was the debt incurred?**   Opened 07/23  Last Active 10/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Factoring Company Account Synchrony Bank

$1,447.00

---

| 4.1 6 | Portfolio Recovery Associates, LLC | Last 4 digits of account number | 8785 | $481.00 |

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8785

**When was the debt incurred?**   Opened 09/23  Last Active 01/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Factoring Company Account Citibank N.A.

$481.00

---

**EXHIBIT 2 (Page 30 of 70)**

Debtor 1  Omar Alousta                                                              Case number (if known) _____

---

| 4.17 | Professional Credit Service | Last 4 digits of account number | 2833 | $404.00 |

**Professional Credit Service**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 7548
Springfield, OR 97475
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- �■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** Opened 02/24

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Collection Attorney City Of Glendale

---

| 4.18 | Radius Gobal Solutions LLC | Last 4 digits of account number | 4358 | $946.59 |

**Radius Gobal Solutions LLC**
Nonpriority Creditor's Name
7831 Glenroy Road Suote 250-A
Minneapolis, MN 55439
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** 8/2024

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Business Debt

---

| 4.19 | Synchrony Bank | Last 4 digits of account number | 4482 | $1,876.00 |

**Synchrony Bank**
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?** Opened 07/17  Last Active 12/22

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Charge Account

---

**EXHIBIT 2 (Page 31 of 70)**

Debtor 1   Omar Alousta                                          Case number (if known) _____

---

**4.2 0**

Synchrony Bank/Amazon
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1498                    $3,520.00

**When was the debt incurred?**   Opened 08/18  Last Active 11/22

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Charge Account

---

**4.2 1**

Synchrony Bank/TJX Rewards
Nonpriority Creditor's Name
PO Box 71782
Philadelphia, PA 19176-1725
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   9808                    $1,469.33

**When was the debt incurred?**   7/2024

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Credit Card

---

**4.2 2**

Target NB
Nonpriority Creditor's Name
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   5194                    $1,302.00

**When was the debt incurred?**   Opened 08/14  Last Active 02/23

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Credit Card

---

**EXHIBIT 2 (Page 32 of 70)**

Debtor 1    Omar Alousta _____    Case number (if known) _____

---

| 4.2 3 | **US Bank/RMS** _____<br>Nonpriority Creditor's Name<br>Attn: Bankruptcy<br>PO Box 5229<br>Cincinnati, OH 45201<br>Number Street City State Zip Code | **Last 4 digits of account number** _____ | $434.00 |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 07/15  Last Active 7/11/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| 4.2 4 | **Us Bk Cacs** _____<br>Nonpriority Creditor's Name<br>Cb Disputes<br>Saint Louis, MO 63166<br>Number Street City State Zip Code | **Last 4 digits of account number** 1618 | $434.00 |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened  7/01/15  Last Active 09/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Unsecured

---

| 4.2 5 | **Wide Merchant Group** _____<br>Nonpriority Creditor's Name<br>Wide Business Systems, Inc.<br>1521 Concord Pike Ste 301<br>Wilmington, DE 19803<br>Number Street City State Zip Code | **Last 4 digits of account number** _____ | $60,270.00 |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    8/2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Debt

---

**EXHIBIT 2 (Page 33 of 70)**

Debtor 1   Omar Alousta                                              Case number (if known) _____

| 4.2 6 | Yes Capital Group LLC | Last 4 digits of account number _____ | $39,975.00 |

Nonpriority Creditor's Name
161 Kings Highway
Brooklyn, NY 11204
Number Street City State Zip Code

**When was the debt incurred?**   7/2022

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   Business Debt

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Credit Control LLC
PO Box 546
Hazelwood, MO 63042

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 124,270.54 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 124,270.54 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,076,562.07 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,076,562.07 |

---

**EXHIBIT 2 (Page 34 of 70)**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Omar Alousta | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Volkswagen Credit, Inc<br>         Attn: Bankruptcy<br>         2200 Woodland Pointe Ave<br>         Herndon, VA 20171 | Type: Vehicle lease<br>Make & Model: 2022 Audi Q7<br>Term: 3 year lease beginning 8/1/2022 |

## EXHIBIT 2 (Page 35 of 70)

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Omar Alousta |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                                 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live?  California  . Fill in the name and current address of that person.

   Muna Alousta
   5528 Willowcrest Avenue
   North Hollywood, CA 91601
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

   Debtor and Muna have been married for 15 years.

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  Muna Alousta<br>     5528 Willowcrest Avenue<br>     North Hollywood, CA 91601 | ■ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Volkswagen Credit, Inc |
| 3.2  Star Parking Management, Inc.<br>     1730 South 2nd Avenue<br>     Arcadia, CA 91006-4703 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Radius Gobal Solutions LLC |

**EXHIBIT 2 (Page 36 of 70)**

| Debtor 1 | Omar Alousta | Case number *(if known)* | |
|---|---|---|---|

| **Additional Page to List More Codebtors** | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.3 | Star Parking Management, Inc.<br>1730 South 2nd Avenue<br>Arcadia, CA 91006-4703 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>Fundamental Capital LLC |
| 3.4 | Star Parking Management, Inc.<br>1730 South 2nd Avenue<br>Arcadia, CA 91006-4703 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>MCA Resolve LLC |
| 3.5 | Star Parking Management, Inc.<br>1730 South 2nd Avenue<br>Arcadia, CA 91006-4703 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>Wide Merchant Group |
| 3.6 | Star Parking Management, Inc.<br>1730 South 2nd Avenue<br>Arcadia, CA 91006-4703 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>Yes Capital Group LLC |
| 3.7 | Star Parking Management, Inc.<br>1730 South 2nd Avenue<br>Arcadia, CA 91006-4703 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Merchant Capital Group LLC |

**EXHIBIT 2 (Page 37 of 70)**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Omar Alousta |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Caregiver for parents | Self-employed (Parking Systems) |
| Employer's name | | IHSS Program- State Caregiver | |
| Employer's address | | | |
| How long employed there? | | 7 years | 1 Year |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,600.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 2,600.00 | $ 0.00 |

Official Form 106I

**EXHIBIT 2 (Page 38 of 70)**

Schedule I: Your Income

page 1

| | Debtor 1 | Omar Alousta | | | | Case number (*if known*) | |
|---|---|---|---|---|---|---|---|

| | | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| | **Copy line 4 here** | | 4. | $ 2,600.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 0.00   $ 0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.   $ 2,600.00   $ 0.00

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 8,345.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 8,345.00

**10.** Calculate monthly income. Add line 7 + line 9.   10.   $ 2,600.00  +  $ 8,345.00  =  $ 10,945.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:   11.  +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 10,945.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain:

**EXHIBIT 2 (Page 39 of 70)**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Omar Alousta |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent...............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 7 | ☐ No  ■ Yes |
| Son | 7 | ☐ No  ■ Yes |
| Daughter | 9 | ☐ No  ■ Yes |
| Daughter | 11 | ☐ No  ■ Yes |
| Daughter | 13 | ☐ No  ■ Yes |
| Mother | 78 | ☐ No  ■ Yes |
| Father | 87 | ☐ No  ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**
    ■ No
    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

    4.  $ _____ 3,500.00

    If not included in line 4:

    4a.  Real estate taxes                                        4a.  $ _____ 733.00

Official Form 106J                        Schedule J: Your Expenses                        page 1

**EXHIBIT 2 (Page 40 of 70)**

Debtor 1    Omar Alousta                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ | 125.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | 300.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ | 0.00 |

**EXHIBIT 2 (Page 41 of 70)**

Debtor 1   Omar Alousta _____     Case number (if known) _____

6.  **Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 600.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 350.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 550.00 |
| 6d. | Other. Specify: | 6d. | $ | 0.00 |

7.  **Food and housekeeping supplies**                                                     7.  $  3,000.00

8.  **Childcare and children's education costs**                                           8.  $  200.00

9.  **Clothing, laundry, and dry cleaning**                                                9.  $  300.00

10. **Personal care products and services**                                               10. $  200.00

11. **Medical and dental expenses**                                                        11. $  300.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                                          12. $  800.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**                13. $  200.00

14. **Charitable contributions and religious donations**                                   14. $  0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | 0.00 |
| 15b. | Health insurance | 15b. | $ | 0.00 |
| 15c. | Vehicle insurance | 15c. | $ | 322.00 |
| 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                       16. $  0.00

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 1,300.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 1,079.00 |
| 17c. | Other. Specify: | 17c. | $ | 0.00 |
| 17d. | Other. Specify: | 17d. | $ | 0.00 |

18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18. $  0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____                                                       19. $

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |

21. **Other:** Specify: _____                                            21. +$  0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                                 $  13,859.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          $
    22c. Add line 22a and 22b. The result is your monthly expenses.                               $  13,859.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.                     23a. $  10,945.00
    23b. Copy your monthly expenses from line 22c above.                                    23b. -$  13,859.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*                                               23c. $  -2,914.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.     Explain here: _____

Official Form 106J                              Schedule J: Your Expenses                              page 3

**EXHIBIT 2 (Page 42 of 70)**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Omar Alousta |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X   See next page | X |
|---|---|
| Omar Alousta | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date   October 17, 2024 | Date |

Official Form 106Dec              Declaration About an Individual Debtor's Schedules

## EXHIBIT 2 (Page 43 of 70)

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Omar Alousta | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____      X _____
   Omar Alousta                                Signature of Debtor 2
   Signature of Debtor 1

Date   October 17, 2024                      Date _____

Official Form 106Dec                 Declaration About an Individual Debtor's Schedules

**EXHIBIT 2 (Page 44 of 70)**

<table>
<tr><td colspan="3" style="background:black;color:white"><b>Fill in this information to identify your case:</b></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | Omar Alousta | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an
  amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 1730 South 2nd Avenue Arcadia, CA 91006 | From-To: 6/21/2021 - Present | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $30,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | | ☐ Operating a business | |

**EXHIBIT 2 (Page 45 of 70)**

| Debtor 1 | Omar Alousta | | Case number *(if known)* | |
|---|---|---|---|---|

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $512,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2022 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $50,248.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ **No.**    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

**EXHIBIT 2 (Page 46 of 70)**

| Debtor 1 | Omar Alousta | | Case number *(if known)* | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Davitt, Inc. a California corporation doing business as Electrical Solutions vs. Desert Spirit, LLC, Omar Alousta, Arfan Alousta, Yifa Two, LLC CVPS2204989 | Unlimited Civil Action [More than $25,000] | Superior Court - Riverside County of Riverside 9991 County Farm Road Riverside, CA 92503 | ■ Pending ☐ On appeal ☐ Concluded |
| Merchant Capital Group LLC, dba Greenbox Capital vs. Star Parking Management, Inc. dba Pacific Coast Professional Managemenet and Omar Alousta 2023028696CA01 | Breach of Contract | Eleventh Judicial Circuit of Florida 175 NW 1st Ave Miami, FL 33128 | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**EXHIBIT 2 (Page 47 of 70)**

| Debtor 1 | Omar Alousta | | Case number *(if known)* | |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

**Part 5:** List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:** List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:** List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| RHM LAW LLP<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>matt@rhmfirm.com | Attorney fees excluding the filing fee | 8/27/2024 | $2,500.00 |

**EXHIBIT 2 (Page 48 of 70)**

Debtor 1    Omar Alousta

Case number *(if known)*

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Gegham Petroyan<br>3501 Fallen Leaf Place,<br>Glendale, CA 91206<br><br>None | 3501 Fallen Leaf Place,<br>Glendale, CA 91206<br>Sold for 1.4 Million | $350,000 | 6/3/21 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**EXHIBIT 2 (Page 49 of 70)**

Debtor 1   Omar Alousta                                        Case number *(if known)*

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

**EXHIBIT 2 (Page 50 of 70)**

Debtor 1    Omar Alousta                                   Case number (if known)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Star Parking<br>1010 N Central Avenue<br>Glendale, CA 91202 | Parking services<br><br>KSM and Co. | EIN: 27-0231433<br><br>From-To 5/1/2009 - Present |
| Parking System Inc.<br>1730 2nd Avenue<br>Arcadia, CA 91006 | Parking services owned by<br>non-debtor spouse<br><br>KSM and Co. | EIN: 92-3351643<br><br>From-To 3/1/2023 - Present |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

See next page
Omar Alousta                                    _____
**Signature of Debtor 1**                        **Signature of Debtor 2**

**Date**  October 17, 2024                      **Date**  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## EXHIBIT 2 (Page 51 of 70)

| Fill in this information to identify your case: | | |
|---|---|---|

| Debtor 1 | Omar Alousta | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
    amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12:**    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
Omar Alousta                                 Signature of Debtor 2
**Signature of Debtor 1**

Date   October 17, 2024                       Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## EXHIBIT 2 (Page 52 of 70)

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Omar Alousta |
| | First Name              Middle Name             Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name               Middle Name             Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial, Inc**<br><br>Description of property securing debt: **2022 Chevrolet Suburban** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Amwest Funding Corp.**<br><br>Description of property securing debt: **5528 Willowcrest Avenue North Hollywood, CA 91601  Los Angeles County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>Continue to pay as per agreement. | ☐ No<br><br>■ Yes |
| Creditor's name: **Jason Babadjov**<br><br>Description of property: **5528 Willowcrest Avenue North Hollywood, CA 91601  Los** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

## EXHIBIT 2 (Page 53 of 70)

| Debtor 1 | Omar Alousta | | | Case number *(if known)* | |

| | | | | | |
|---|---|---|---|---|---|
| property securing debt: | Angeles County | ■ Retain the property and [explain]: Pay as agreed | | | |

| Creditor's name: | Mary Ellen Jessee | ☐ Surrender the property. | ☐ No | | |
|---|---|---|---|---|---|
| | | ☐ Retain the property and redeem it. | | | |
| Description of property securing debt: | 5528 Willowcrest Avenue North Hollywood, CA 91601  Los Angeles County | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes | | |
| | | ■ Retain the property and [explain]: Pay as agreed | | | |

| Creditor's name: | Volkswagen Credit, Inc | ☐ Surrender the property. | ☐ No | | |
|---|---|---|---|---|---|
| | | ☐ Retain the property and redeem it. | | | |
| Description of property securing debt: | 2022 Audi Q7 - Vehicle lease | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes | | |
| | | ■ Retain the property and [explain]: Assume the Lease | | | |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Volkswagen Credit, Inc | ☐ No |
| | | ■ Yes |
| Description of leased Property: | Type: Vehicle lease Make & Model: 2022 Audi Q7 Term: 3 year lease beginning 8/1/2022 | |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____See next page_____              X _____
Omar Alousta                                      Signature of Debtor 2
Signature of Debtor 1

Date    _____October 17, 2024_____         Date    _____

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

**EXHIBIT 2 (Page 54 of 70)**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Omar Alousta | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____

Omar Alousta
Signature of Debtor 1

X _____

Signature of Debtor 2

Date    October 17, 2024

Date _____

**EXHIBIT 2 (Page 55 of 70)**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re    Omar Alousta                            Case No. _____

                                     Debtor(s)                    Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

■  **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

☐  **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | |
| The undersigned shall bill against the retainer at an hourly rate of | $ | |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

# EXHIBIT 2 (Page 56 of 70)

In re    Omar Alousta _____     Case No. _____
                                                      Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

October 18, 2024 _____
*Date*

/s/ Matthew D. Resnik _____
Matthew D. Resnik Matthew D. Resnik
*Signature of Attorney*
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100   Fax: (818) 855-7013
matt@rhmfirm.com _____
*Name of law firm*

**EXHIBIT 2 (Page 57 of 70)**

| Attorney or Party Name, Address, Telephone & FAX<br>Nos., State Bar No. & Email Address<br>Matthew D. Resnik Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100<br>(SBN 182562) CA<br>(818) 855-7013<br>matt@rhmfirm.com | FOR COURT USE ONLY |
|---|---|

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Omar Alousta<br><br>Debtor(s). | Case No.:<br>CHAPTER: 7<br><br>**DEBTOR'S ATTORNEY'S<br>DISCLOSURE OF COMPENSATION<br>ARRANGEMENT IN INDIVIDUAL<br>CHAPTER 7 CASE**<br>[LBR 2090-1(a)(3)] |
|---|---|

1.  **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

    a.  I am the attorney for the Debtor.

    b.  Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

        i.  For legal services, I have agreed to accept ☐ an hourly rate of $____ or a ■ flat fee of $__2,500.00__
        ii. Prior to filing this disclosure I have received $__2,500.00__
        iii. The balance due is $0.00

2.  **Source of Compensation Paid Postpetition (Postpetition Compensation).**

    a. **Already Paid.** The source(s) of the Postpetition Compensation paid to me was:

        ■ Debtor      ☐ Other (specify):

    b. **To be Paid.** The source(s) of the Postpetition Compensation to be paid to me is:

        ■ Debtor      ☐ Other (specify):

3.  **Sharing of Compensation Paid Postpetition.**

    ■ I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

    ☐ I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

4.  **Limited Scope of Services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in

December 2015      This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.      F 2090-1.CH7.ATTY.COMP.DISCLSR

Page 1

**EXHIBIT 2 (Page 58 of 70)**

paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

    a.   **Services required to be provided:**
        i.  Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;
        ii.  Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and
        iii.  Representation of the Debtor at the initial § 341(a) meeting of creditors.
    b.   ☐ **Additional legal services I will provide:**
        i.  ☐ Any proceeding related to relief from stay motions.
        ii.  ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.
        iii.  ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.
        iv.  ☐ Reaffirmation of a debt.
        v.  ☐ Any lien avoidance under 11 U.S.C. § 522(f)
        vi.  ☐ Other (*specify*):
5.  If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

*Date:*  October 18, 2024        /s/ Matthew D. Resnik
                                    *Signature of attorney for the Debtor*
                                    Matthew D. Resnik Matthew D. Resnik
                                    *Printed name of attorney*
                                    RHM LAW LLP
                                    *Printed name of law firm*

---

### DECLARATION OF THE DEBTOR

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

*Date:*  October 17, 2024           *Date:*

See next page
*Signature of Debtor 1*                        *Signature of Debtor 2 (Joint Debtor) (if applicable)*
Omar Alousta
*Printed name of Debtor 1*                      *Printed name of Debtor 2*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015        Page 2        F 2090-1.CH7.ATTY.COMP.DISCLSR
**EXHIBIT 2 (Page 59 of 70)**

paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

    a.    **Services required to be provided:**
        i.   Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;
        ii.  Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and
        iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.
    b.    ☐ **Additional legal services I will provide:**
        i.   ☐ Any proceeding related to relief from stay motions.
        ii.  ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.
        iii. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.
        iv. ☐ Reaffirmation of a debt.
        v.  ☐ Any lien avoidance under 11 U.S.C. § 522(f)
        vi. ☐ Other (specify):

5.    If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

    I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

    Date:   October 17, 2024

                          *Signature of attorney for the Debtor*
                          Matthew D. Resnik Matthew D. Resnik
                          *Printed name of attorney*
                          RHM LAW LLP
                          *Printed name of law firm*

---

### DECLARATION OF THE DEBTOR

    I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

    Date:   October 17, 2024               Date:

                                         *Signature of Debtor 2 (Joint Debtor) (if applicable)*
    *Signature of Debtor 1*
    Omar Alousta
    *Printed name of Debtor 1*                            *Printed name of Debtor 2*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                         Page 2                    F 2090-1.CH7.ATTY.COMP.DISCLSR

**EXHIBIT 2 (Page 60 of 70)**

<table>
<tr><td>
Fill in this information to identify your case:

Debtor 1    Omar Alousta

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number
(if known)
</td><td>
Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing
</td></tr>
</table>

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ■ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 2,600.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 15,500.00 | $ 36,435.50 | | | |
| Ordinary and necessary operating expenses | -$ 13,920.00 | -$ 33,890.00 | | | |
| Net monthly income from a business, profession, or farm | $ 1,580.00 | $ 2,545.50 | **Copy here ->** $ 1,580.00 | $ 2,545.50 |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 **Copy here ->** | $ 0.00 | $ 0.00 |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|

## EXHIBIT 2 (Page 61 of 70)

Debtor 1    Omar Alousta _____    Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8.  **Unemployment compensation**

$ 0.00 | $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you $ 0.00

For your spouse $ 0.00

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00 | $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

. _____ $ 0.00 | $ 0.00

_____ $ 0.00 | $ 0.00

Total amounts from separate pages, if any. + $ 0.00 | $ 0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 4,180.00 + $ 2,545.50 = $ 6,725.50

**Total current monthly income**

---

**Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ..................... **Copy line 11 here=>**

$ 6,725.50

Multiply by 12 (the number of months in a year) **x 12**

12b. The result is your annual income for this part of the form

12b. $ 80,706.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

CA

Fill in the number of people in your household.

7

Fill in the median family income for your state and size of household. .....................

13. $ 158,233.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ■  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

---

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  See next page _____

Omar Alousta
Signature of Debtor 1

**EXHIBIT 2 (Page 62 of 70)**

---

**Fill in this information to identify your case:**

Debtor 1          Omar Alousta

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Central District of California

Case number
(if known)

---

**Check one box only as directed in this form and in Form 122A-1 Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

---

## Official Form 122A - 1

# Chapter 7 Statement of Your Current Monthly Income

12/19

---

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  *[signature]*

Omar Alousta
Signature of Debtor 1

Date    October 17, 2024
          MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

**EXHIBIT 2 (Page 63 of 70)**

**EXHIBIT 2 (Page 64 of 70)**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com<br><br><br><br><br><br>☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>   Omar Alousta<br><br><br><br><br><br><br>                                          Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: October 17, 2024 _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: October 17, 2024 _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    F 1007-1.MAILING.LIST.VERIFICATION

**EXHIBIT 2 (Page 65 of 70)**

**EXHIBIT 2 (Page 66 of 70)**

**EXHIBIT 2 (Page 67 of 70)**

**EXHIBIT 2 (Page 68 of 70)**

```
Professional Credit Service
Attn: Bankruptcy
PO Box 7548
Springfield, OR 97475


Radius Gobal Solutions LLC
7831 Glenroy Road Suote 250-A
Minneapolis, MN 55439


Star Parking Management, Inc.
1730 South 2nd Avenue
Arcadia, CA 91006-4703


Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


Synchrony Bank/TJX Rewards
PO Box 71782
Philadelphia, PA 19176-1725


Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440


US Bank/RMS
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201
```

**EXHIBIT 2 (Page 69 of 70)**

Us Bk Cacs
Cb Disputes
Saint Louis, MO 63166


Volkswagen Credit, Inc
Attn: Bankruptcy
2200 Woodland Pointe Ave
Herndon, VA 20171


Wide Merchant Group
Wide Business Systems, Inc.
1521 Concord Pike Ste 301
Wilmington, DE 19803


Yes Capital Group LLC
161 Kings Highway
Brooklyn, NY 11204

**EXHIBIT 2 (Page 70 of 70)**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik  (SBN 182562) CA<br>RHM LAW LLP<br>17609 Ventura Blvd., Ste 314<br>Encino, CA 91316<br>Tel.: (818) 285-0100 Fax: (818) 855-7013<br>E-mail: Matt@rhmfirm.com<br><br>☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Omar Alousta<br><br><br><br><br>Debtor(s). | CASE NO.:1:24-bk-11751-VK<br><br>CHAPTER: 7<br><br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B       ☐ Schedule C       ☐ Schedule D       ☐ Schedule E/F       ☑ Schedule G
☐ Schedule H         ☐ Schedule I       ☐ Schedule J       ☐ Schedule J-2       ☑ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s)          ☐ Statement of intentions   ☑ Master Mailing List
☐ Other *(specify)*

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    January 20, 2025

_____
Omar Alousta
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE:***    It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

**EXHIBIT 3 (Page 1 of 20)**

**Fill in this information to identify your case:**

Debtor 1    Omar Alousta
_____
First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    _____
First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    1:24-bk-11751-VK
(if known)

☒ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed,
   identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as
   possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of
   Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | Franchise Tax Board | Last 4 digits of account number   2032 | $124,270.54 | $0.00 | $124,270.54 |
|---|---|---|---|---|---|

Priority Creditor's Name
Attn: Bankruptcy Unit        **When was the debt incurred?**    2019
PO Box 2952
Sacramento, CA 95812-2952
Number Street City State Zip Code

**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**
                            ☐ Domestic support obligations
■ **Check if this claim is for a  community debt**
                            ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**            ☐ Claims for death or personal injury while you were intoxicated
■ No                        ☐ Other. Specify _____
☐ Yes                                Tax Levy

**EXHIBIT 3 (Page 2 of 20)**

Debtor 1    Omar Alousta                                                    Case number *(if known)*    1:24-bk-11751-VK

| 2.2 | Internal Revenue Service | Last 4 digits of account number ___ ___ ___ ___ | $0.00 | $0.00 | $0.00 |

**Priority Creditor's Name**

PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** *Check one.*

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

For notification purposes only

---

<span style="background-color:black;color:white">Part 2:</span>   **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| 4.1 | Amex | Last 4 digits of account number   1783 | $14,244.00 |

**Nonpriority Creditor's Name**

Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998
Number Street City State Zip Code

**Who incurred the debt?** *Check one.*

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   Opened 05/15  Last Active
12/25/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Credit Card

---

**EXHIBIT 3 (Page 3 of 20)**

| Debtor 1 | Omar Alousta | | Case number (if known) | 1:24-bk-11751-VK |
|---|---|---|---|---|

---

**4.2** | Anfeng Huang and Jie Se Guo

Nonpriority Creditor's Name
Unit 1586, Unit C8
Desert Hot Springs, CA 92240
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0085      $90,563.12

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt/Lease

---

**4.3** | Arfan Alousta

Nonpriority Creditor's Name
1730 S. 2nd Avenue
Arcadia, CA 91006
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   For notification purposes only

---

**4.4** | Capital One

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 7868      $2,428.00

**When was the debt incurred?**   Opened 10/12  Last Active 10/22

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Credit Card

---

**EXHIBIT 3 (Page 4 of 20)**

Debtor 1   Omar Alousta                                                 Case number (if known)   1:24-bk-11751-VK

---

| 4.5 | Citi Card/Best Buy | Last 4 digits of account number | 4162 | $5,041.00 |

Nonpriority Creditor's Name
Attn: Citicorp Cr Srvs
Centralized Bankruptcy
PO Box 790040
St Louis, MO 36179

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   Opened 04/16  Last Active 11/26/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.6 | Citibank/The Home Depot | Last 4 digits of account number | 2430 | $553.00 |

Nonpriority Creditor's Name
Citicorp Cr Srvs
Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   Opened 04/19  Last Active 12/18/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Charge Account

---

| 4.7 | Credit Control LLC | Last 4 digits of account number | 8359 | $3,613.41 |

Nonpriority Creditor's Name
3300 Rider Trail S Suite 500
Earth City, MO 63045

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   8/2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

**EXHIBIT 3 (Page 5 of 20)**

Debtor 1    Omar Alousta                                         Case number (if known)    1:24-bk-11751-VK

---

| 4.8 | Davitt, Inc. dba Electrical Solutio | Last 4 digits of account number | 0489 | $193,625.18 |

**Nonpriority Creditor's Name**
c/o Brandon L. Abbott, Esq
Green, Bryant & French, LLP
402 W Broadway, Suite 1950
San Diego, CA 92101

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Judgment

---

| 4.9 | Discover Financial | Last 4 digits of account number | 2491 | $1,573.00 |

**Nonpriority Creditor's Name**
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 04/22  Last Active 01/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit Card

---

| 4.10 | Fundamental Capital LLC | Last 4 digits of account number | 2603 | $329,653.00 |

**Nonpriority Creditor's Name**
20803 Biscayne Blvd, Suite 300
Miami, FL 33180

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    9/2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business loan for Star Parking

---

**EXHIBIT 3 (Page 6 of 20)**

| Debtor 1 | Omar Alousta | | Case number (if known) | 1:24-bk-11751-VK |
|---|---|---|---|---|

---

**4.1**
**1**

| Jefferson Capital Systems, LLC | | |
|---|---|---|
| Nonpriority Creditor's Name | | |

Attn: Bankruptcy
200 14th Ave E
Sartell, MN 56377
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6003        $9,688.00

**When was the debt incurred?**   Opened 02/23  Last Active 07/22

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Factoring Company Account Mc World Standard

---

**4.1**
**2**

| JPL Ventures LLC | | |
|---|---|---|
| Nonpriority Creditor's Name | | |

15030 N. Cahuenga Blvd.,
Los Angeles, CA 90028
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 51JV        $230,000.00

**When was the debt incurred?**   7/27/22

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Unpaid secured loan

---

**4.1**
**3**

| LVNV Funding/Resurgent Capital | | |
|---|---|---|
| Nonpriority Creditor's Name | | |

Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5925        $2,490.00

**When was the debt incurred?**   Opened 03/24  Last Active 09/23

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Factoring Company Account U.S. Bank N.A.

---

**EXHIBIT 3 (Page 7 of 20)**

Debtor 1  Omar Alousta                                                Case number (if known)  1:24-bk-11751-VK

| 4.1 4 | MCA Resolve LLC | Last 4 digits of account number | | $314,079.00 |

**MCA Resolve LLC**
Nonpriority Creditor's Name
1375 Gateway Blvd.
Boynton Beach, FL 33426
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  10/2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Debt

---

| 4.1 5 | Merchant Capital Group LLC | Last 4 digits of account number 9413 | | $83,521.24 |

**Merchant Capital Group LLC**
Nonpriority Creditor's Name
dba Greenbox Capital
c/o Law Offices of Sprechman & Fish
2775 Sunny Islees Blvd., Suite 100
North Miami Beach, FL 33160-4007
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  9413

When was the debt incurred?  2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Debt
Judgment

---

| 4.1 6 | Midland Credit Management | Last 4 digits of account number 3513 | | $1,224.32 |

**Midland Credit Management**
Nonpriority Creditor's Name
350 Camino De La Reina
Suite100
San Diego, CA 92108
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  3513

When was the debt incurred?  7/2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

**EXHIBIT 3 (Page 8 of 20)**

Debtor 1    Omar Alousta                                        Case number (if known)    1:24-bk-11751-VK

---

**4.17**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    5978              $2,270.00

**When was the debt incurred?**    Opened 08/23  Last Active 11/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Factoring Company Account Citibank N.A.

---

**4.18**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    1444              $1,447.00

**When was the debt incurred?**    Opened 07/23  Last Active 10/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Factoring Company Account Synchrony Bank

---

**4.19**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    8785              $481.00

**When was the debt incurred?**    Opened 09/23  Last Active 01/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Factoring Company Account Citibank N.A.

---

**EXHIBIT 3 (Page 9 of 20)**

Debtor 1    Omar Alousta                                    Case number (if known)    1:24-bk-11751-VK

---

| 4.2 0 | **Professional Credit Service** | **Last 4 digits of account number**    2833 | $404.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 7548
Springfield, OR 97475

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 02/24

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Collection Attorney City Of Glendale

---

| 4.2 1 | **Radius Gobal Solutions LLC** | **Last 4 digits of account number**    4358 | $946.59 |

Nonpriority Creditor's Name
7831 Glenroy Road Suote 250-A
Minneapolis, MN 55439

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    8/2024

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Business Debt

---

| 4.2 2 | **Synchrony Bank** | **Last 4 digits of account number**    4482 | $1,876.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    Opened 07/17  Last Active 12/22

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Charge Account

---

**EXHIBIT 3 (Page 10 of 20)**

| Debtor 1 | Omar Alousta | | Case number (if known) | 1:24-bk-11751-VK |
|---|---|---|---|---|

---

**4.2 3**

Synchrony Bank/Amazon

Nonpriority Creditor's Name

Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    1498          $3,520.00

**When was the debt incurred?**    Opened 08/18 Last Active 11/22

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Charge Account

---

**4.2 4**

Synchrony Bank/TJX Rewards

Nonpriority Creditor's Name

PO Box 71782
Philadelphia, PA 19176-1725

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    9808          $1,469.33

**When was the debt incurred?**    7/2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

**4.2 5**

Target NB

Nonpriority Creditor's Name

C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    5194          $1,302.00

**When was the debt incurred?**    Opened 08/14 Last Active 02/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

**EXHIBIT 3 (Page 11 of 20)**

Debtor 1   Omar Alousta                                Case number (if known)   1:24-bk-11751-VK

| 4.2 6 | US Bank/RMS | Last 4 digits of account number | | $434.00 |

US Bank/RMS
Nonpriority Creditor's Name
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number
$434.00
When was the debt incurred? Opened 07/15  Last Active 7/11/23
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

4.2 7   Us Bk Cacs
Nonpriority Creditor's Name
Cb Disputes
Saint Louis, MO 63166
Number Street City State Zip Code
Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  1618        $434.00
When was the debt incurred? Opened 7/01/15 Last Active 09/23
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Unsecured

4.2 8   Wide Merchant Group
Nonpriority Creditor's Name
Wide Business Systems, Inc.
1521 Concord Pike Ste 301
Wilmington, DE 19803
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number          $60,270.00
When was the debt incurred?  8/2022
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business Debt

**EXHIBIT 3 (Page 12 of 20)**

Debtor 1   Omar Alousta                                                      Case number (if known)   1:24-bk-11751-VK

| 4.29 | Yes Capital Group LLC | | $39,975.00 |

Nonpriority Creditor's Name
161 Kings Highway
Brooklyn, NY 11204

**Last 4 digits of account number** _____

**When was the debt incurred?**  7/2022

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Business Debt

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Credit Control LLC
PO Box 546
Hazelwood, MO 63042

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.7 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
M.C. Earle, Esq.
474 W. Orange Show Rd.
San Bernardino, CA 92408

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Morongo Industrial Owners
Association, Inc.
7300 Hwy 111, ste. 200
Palm Desert, CA 92260

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.24 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Realty One Group Homelink
1370 Valley Vista #225
Diamond Bar, CA 91765

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 124,270.54 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |

**EXHIBIT 3 (Page 13 of 20)**

Debtor 1    Omar Alousta    Case number (if known)    1:24-bk-11751-VK

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6e. | **Total Priority.** Add lines 6a through 6d. | | 6e. | $ | 124,270.54 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,397,125.19 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,397,125.19 |

**EXHIBIT 3 (Page 14 of 20)**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Omar Alousta |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 1:24-bk-11751-VK |
| (if known) | |

 Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
   example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
   and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | John Huang<br>317 Warren Way<br>Arcadia, CA 91007 | Debtor has leased  a property located at 1730 S. 2nd Ave.,<br>Arcaddia, CA 91006 from 6/2021 - Present.<br>Debtor has never lived at  this property but intends to keep<br>the lease open for his parents to continue to pay rent and<br>reside there. |
| 2.2 | Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>2200 Woodland Pointe Ave<br>Herndon, VA 20171 | Type: Vehicle lease<br>Make & Model: 2022 Audi Q7<br>Term: 3 year lease beginning 8/1/2022 |

**EXHIBIT 3 (Page 15 of 20)**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
17609 Ventura Blvd., Ste 314, Encino, CA 91316

A true and correct copy of the foregoing document entitled (*specify*):   __Amended Schedules E/F and G__   will be served or was served
**(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:


**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)   01/20/25   , I checked the
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail
Notice List to receive NEF transmission at the email addresses stated below:

Amy L Goldman (TR)    marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
Matthew D. Resnik    matt@rhmfirm.com,
roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;ros
ario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com
Amitkumar Sharma    amit.sharma@aisinfo.com
Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) 01/20/25   , I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing
to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)   , I served the following persons and/or entities
by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 20, 2025 | Rebeca B. Benitez | /s/ Rebeca B. Benitez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                         Page 2                                    F 1007-1.1.AMENDED.SUMMARY
**EXHIBIT 3 (Page 16 of 20)**

2. SERVED VIA REGULAR MAIL

Ally Financial, Inc
Attn: Bankruptcy
PO Box 380901
Bloomington, IL 55438

Amex
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

Amwest Funding Corp.
6 Pointe Drive
Brea, CA 92821

Anfeng Huang and Jie Se Guo
Unit 1586, Unit C8
Desert Hot Springs, CA 92240

Arfan Alousta
1730 S. 2nd Avenue
Arcadia, CA 91006

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Citi Card/Best Buy
Attn: Citicorp Cr Srvs
Centralized Bankruptcy
PO Box 790040
St Louis, MO 36179

Citibank/The Home Depot
Citicorp Cr Srvs
Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179

Credit Control LLC
3300 Rider Trail S Suite 500
Earth City, MO 63045

Credit Control LLC
PO Box 546
Hazelwood, MO 63042

Davitt, Inc. dba Electrical Solutio

**EXHIBIT 3 (Page 17 of 20)**

c/o Brandon L. Abbott, Esq
Green, Bryant & French, LLP
402 W Broadway, Suite 1950
San Diego, CA 92101

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Franchise Tax Board
Attn: Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952

Fundamental Capital LLC
20803 Biscayne Blvd, Suite 300
Miami, FL 33180

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jason Babadjov
9444 Haines Cyn. Ave.
Tujunga, CA 91042

Jefferson Capital Systems, LLC
Attn: Bankruptcy
200 14th Ave E
Sartell, MN 56377

JPL Ventures LLC
15030 N. Cahuenga Blvd.,
Los Angeles, CA 90028

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

M.C. Earle, Esq.
474 W. Orange Show Rd.
San Bernardino, CA 92408

Mary Ellen Jessee
3474 Harvard Avenue
La Mesa, CA 91941

MCA Resolve LLC

**EXHIBIT 3 (Page 18 of 20)**

1375 Gateway Blvd.
Boynton Beach, FL 33426

Merchant Capital Group LLC
dba Greenbox Capital
c/o Law Offices of Sprechman & Fish
2775 Sunny Islees Blvd., Suite 100
North Miami Beach, FL 33160-4007

Midland Credit Management
350 Camino De La Reina
Suite100
San Diego, CA 92108

Morongo Industrial Owners
Association, Inc.
7300 Hwy 111, ste. 200
Palm Desert, CA 92260

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Professional Credit Service
Attn: Bankruptcy
PO Box 7548
Springfield, OR 97475

Radius Gobal Solutions LLC
7831 Glenroy Road Suote 250-A
Minneapolis, MN 55439

Realty One Group Homelink
1370 Valley Vista #225
Diamond Bar, CA 91765

Star Parking Management, Inc.
1730 South 2nd Avenue
Arcadia, CA 91006-4703

Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**EXHIBIT 3 (Page 19 of 20)**

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank/TJX Rewards
PO Box 71782
Philadelphia, PA 19176-1725

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

US Bank/RMS
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201

Us Bk Cacs
Cb Disputes
Saint Louis, MO 63166

Volkswagen Credit, Inc
Attn: Bankruptcy
2200 Woodland Pointe Ave
Herndon, VA 20171

Wide Merchant Group
Wide Business Systems, Inc.
1521 Concord Pike Ste 301
Wilmington, DE 19803

Yes Capital Group LLC
161 Kings Highway
Brooklyn, NY 11204

**EXHIBIT 3 (Page 20 of 20)**

| Fill in this information to identify your case: |  |  |
|---|---|---|
| Debtor 1 | Omar Alousta | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | 1:24-bk-11751-VK | |
| (if known) | | |

☑ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy            04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

- ■ Married
- ☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

- ☐ No
- ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 3501 Fallenleaf Place Glendale, CA 91206 | From-To: 06/2014 -06/3/2021 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

- ☐ No
- ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

- ☐ No
- ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $30,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 1

## EXHIBIT 4 (Page 1 of 8)

| Debtor 1 | Omar Alousta | | | Case number (if known) | 1:24-bk-11751-VK |
|---|---|---|---|---|---|

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $512,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $50,248.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

**EXHIBIT 4 (Page 2 of 8)**

| Debtor 1 | Omar Alousta | Case number *(if known)* | 1:24-bk-11751-VK |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ☑ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ☑ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Davitt, Inc. a California corporation doing business as Electrical Solutions vs. Desert Spirit, LLC, Omar Alousta, Arfan Alousta, Yifa Two, LLC CVPS2204989 | Unlimited Civil Action [More than $25,000] | Superior Court - Riverside County of Riverside 9991 County Farm Road Riverside, CA 92503 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Merchant Capital Group LLC, dba Greenbox Capital vs. Star Parking Management, Inc. dba Pacific Coast Professional Managemenet and Omar Alousta 2023028696CA01 | Breach of Contract | Eleventh Judicial Circuit of Florida 175 NW 1st Ave Miami, FL 33128 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Yifa Two LLC vs. Desert Spirit LLC, Arfan Alousta and Omar Alousta UDPS2400085 | Unlawful detainer/commercial lease | Superior Court of California Riverside County - Palm Springs Division 3255 E. Tahquitz Canyon Way Palm Springs, CA 92262 | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>UD Judgment |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

## EXHIBIT 4 (Page 3 of 8)

| Debtor 1 | Omar Alousta | | Case number *(if known)* | 1:24-bk-11751-VK |

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Allied Lending Group<br>3200 Fotthill Blvd.<br>La Crescenta, CA 91214 | 5513 and 5515 Cahuenga Blvd., North Hollywood, CA 91601<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 05/2024 | $996,000.00 |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**EXHIBIT 4 (Page 4 of 8)**

| Debtor 1 | Omar Alousta | Case number *(if known)* | 1:24-bk-11751-VK |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| RHM LAW LLP<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>matt@rhmfirm.com | Attorney fees excluding the filing fee | 8/27/2024 | $2,500.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☑ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Gegham Petroyan<br>3501 Fallen Leaf Place,<br>Glendale, CA 91206 | 3501 Fallen Leaf Place,<br>Glendale, CA 91206<br>Sold for 1.4 Million | $350,000 | 6/3/21 |
| None | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ☑ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**EXHIBIT 4 (Page 5 of 8)**

| Debtor 1 | Omar Alousta | Case number *(if known)* | 1:24-bk-11751-VK |

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**
☑ **Yes. Fill in the details.**

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Charles Schwab Trust Bank<br>PO Box 81685<br>Austin, TX 78708 | **XXXX**-? | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☑ Brokerage<br>☐ Other___ | 8/2024 | $120,000.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Where is the property?<br>*(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**EXHIBIT 4 (Page 6 of 8)**

Debtor 1    Omar Alousta                                    Case number *(if known)*    1:24-bk-11751-VK

---

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| Star Parking<br>1010 N Central Avenue<br>Glendale, CA 91202 | Parking services<br><br>KSM and Co. | EIN:  27-0231433<br><br>From-To  5/1/2009 - Present |
| Parking System Inc.<br>1730 2nd Avenue<br>Arcadia, CA 91006 | Parking services owned by<br>non-debtor spouse<br><br>KSM and Co. | EIN:  92-3351643<br><br>From-To  3/1/2023 - Present |
| Desert Spirit LLC<br>15860 Little Morongo Road.<br>Bldg. C8<br>Desert Hot Springs, CA 92240 | Cannabis Business<br>Debtor held 50% ownership<br>Arfan Alousta held the other 50%<br>ownership | EIN:  8t-3631385<br><br>From-To  05/2022-05/2024 |

---

**EXHIBIT 4 (Page 7 of 8)**

Debtor 1    Omar Alousta                                                    Case number (*if known*)    1:24-bk-11751-VK

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
|------|-------------|
| **Address** (Number, Street, City, State and ZIP Code) | |

### Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____                _____
Omar Alousta                                      Signature of Debtor 2
**Signature of Debtor 1**

Date    January 20, 2025                           Date    _____


**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**EXHIBIT 4 (Page 8 of 8)**